IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BROOKE HENDERSON and JENNIFER LUMLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> SCHOOL DISTRICT OF SPRINGFIELD R-12, BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF SPRINGFIELD R-12, GRENITA LATHAN, MARTHA DOENNING, YVANIA GARCIA-PUSATERI, and LAWRENCE ANDERSON, <br><br> Defendants. | Case No. 6:21-cv-03219-MDH |

**ORDER SETTING DEADLINE FOR FILING OF
PROPOSED SCHEDULING ORDER AND FOR RULE 26(f) CONFERENCE**

A joint proposed scheduling order/discovery plan ("Proposed Plan") will be filed on or before **November 8, 2021**. The Proposed Plan will comply with Local Rules 16.1(d), 16.1(f), 26.1(c), 26.1(d). The Proposed Plan will also state whether the case will be tried to the Court or to a jury and the anticipated length of the trial. It is important that all parties be consulted on the anticipated length of trial submitted in the Joint Proposed Scheduling Order. Further, if at any time during the pendency of the case counsel believes the length of trial would be greater than that stated in the Joint Proposed Scheduling Order, counsel is to notify the Court IMMEDIATELY. In accordance with Local Rule 16.1(d), Plaintiff's counsel will take the lead in preparing the Proposed Plan.

1

The Rule 26(f) conference will take place on or before **October 22, 2021**.  Counsel are reminded that Rule 26(a)(1) disclosures shall be made at the Rule 26(f) conference.  During the Rule 26(f) conference, the parties will discuss the nature and bases of their claims and defenses, the possibilities for a prompt settlement of the case, and each of the topics described in Rule 26(f)(3).  The parties are expected to review the Principles for the Discovery of Electronically Stored Information prior to the Rule 26(f) conference and to discuss the corresponding Checklist for Rule 26(f) Meet and Confer during the conference.  Both documents are available on the Court's website under "Local Rules, ESI Principles, Procedures & Fees."

https://www.mow.uscourts.gov/district/rules.html

Counsel may find sample proposed scheduling orders on the court's website at

https://mow.uscourts.gov/judges/harpool.html.

In cases assigned to the Court's Mediation and Assessment Program (MAP), the MAP General Order requires that parties assigned to the outside mediator category electronically file the Designation of Mediator within fourteen (14) calendar days after the Rule 26 meeting and mediate the case within seventy-five (75) calendar days after the Rule 26 meeting.

Within fifteen (15) days of this Order, each non-governmental corporate party must file a statement identifying all parent companies, subsidiaries (except wholly owned subsidiaries) and affiliates that have issued shares to the public.

**IT IS SO ORDERED.**

DATED: September 21, 2021

                                                 */s/ Douglas Harpool*
                                                 **DOUGLAS HARPOOL**
                                                 **UNITED STATES DISTRICT JUDGE**