IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **BROOKE HENDERSON, et al,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 6:21-cv-03219-MDH |
| ) | |
| **SCHOOL DISTRICT OF** ) | |
| **SPRINGFIELD R-12, et al.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is the parties' Stipulation of Dismissal of Martha Doennig Without Prejudice (Doc. 72) wherein the parties stipulate to the dismissal of this action without prejudice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, as to Martha Doennig (erroneously named in the complaint as "Martha Doenning" according to the stipulation) with each party to bear their own costs. Plaintiffs' claims against all other Defendants are to be reserved.

WHEREFORE, the Court **GRANTS** the parties' Stipulation of Dismissal of Martha Doennig Without Prejudice (Doc. 72), and hereby dismisses this case in its entirety without prejudice as to Defendant Martha Doennig only, and with each party to pay its own costs.

**IT IS SO ORDERED.**

DATED: July 21, 2022

                                                           _/s/ Douglas Harpool_
                                                          **DOUGLAS HARPOOL**
                                                          **UNITED STATES DISTRICT JUDGE**