Transcript of the Testimony of

# YVANIA GARCIA-PUSATERI, PH.D.

May 26, 2022

Henderson vs School District of Springfield R-12

6:12-cv-03219-MDH



Alpha Reporting & Video
1911 S. National Ave., Suite 405
Springfield, MO 65804
Phone: 417-887-4110
transcripts@alphareportingservice.com
www.alphareportingservice.com

Exh. G

Page 10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22    Q.   Okay.  Tell us about your education.

23    A.   I graduated from Azusa Pacific University in

24         southern California with a bachelor's degree in

25         communication studies with an emphasis in

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 2 of 29

Page 11
1       journalism.  I have a master's degree in college

2       counseling and student development from Azusa

3       Pacific University.  And I have a Ph.D. in

4       educational leadership from Miami University of

5       Ohio.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 3 of 29

Page 15

1       little over three years.  And then I started my role

2       as chief equity and diversity officer in the

3       District.

4   Q.  (By Mr. Boucek) And that was what year?

5   A.  And that was the year of 2019.

6   Q.  What are your job duties?

7   A.  My job duties is to supervise my team, work with the

8       superintendent and her cabinet as well as executive

9       leadership team to oversee initiatives and programs

10      focused on equity and diversity, supporting the

11      District when it comes to, you know, academics, HR

12      curriculum, learning, and really provide a

13      perspective on what it means to create initiatives

14      that are going to be equitable for all students.

15

16

17

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 4 of 29

Page 19

1

2

3

4

5

6

7

8

9

10

11   Q.   Is that one of the slide decks that were used for

12        training?

13            MR. BOUCEK:  Jeff, if you want to put it up

14        on the TV, go ahead.

15   A.   To my recollection, this particular slide deck, I

16        believe, was used during the first three sites that

17        were trained.

18   Q.   (By Mr. Boucek) Okay.  Do you know which sites those

19        were?

20   A.   I believe, to my recollection, that it is Boyd,

21        Bissett, and Bingham.

22

23

24

25

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 5 of 29

Page 25

```
16   Q.   (By Mr. Boucek) Okay.  I think you already answered
17        this.  In the fall of 2020 were you responsible for
18        the equity and diversity department?
19   A.   Yes.
20   Q.   All employees there?
21   A.   Yes.
22   Q.   Does that include the programming of the equity and
23        diversity department?
24   A.   Yes.  Overseeing the programming, yes.
25   Q.   And what is the Equity and Diversity Advisory
```

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 6 of 29

Page 28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24    Q.   Now, we referenced Focus Area V earlier.  What is
25         Goal 1?

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 7 of 29

Page 29

1  A.  Goal 1 addresses training in professional learning.

2  Q.  For what?

3  A.  For the District.  Focus on the expiration of

4      identity and self.

5  Q.  I'm sorry?  Say that again.

6  A.  It's focus on -- it's focus on training and

7      professional development, but around the areas of

8      identity and self -- exploration of identity and

9      self.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 8 of 29

Page 30

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12   Q.   Okay.   Why did the Board of Education adopt this?
13   A.   Because they believed in the work of equity and
14        diversity and felt that this goal and its strategies
15        would address that work.
16
17
18
19
20
21
22
23
24
25
```

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 9 of 29

1            -    .      -  .   .          -   - -

2   Q.   Why is training in the identity and the exploration

3        of self?

4   A.   Because that's the training that we were going to

5        create was going to hit on understanding identity,

6        understanding self, and how it can better the

7        efficiencies of our teachers and staff and leaders

8        so that they can create more equitable working and

9

10  '

11

12  A.   Because it's important for us to understand

13       ourselves.  Understand that all of us have identity,

14       all of us have experiences.  And once we do that, it

15       helps us better create more safety and support in

16       the classroom; therefore, having a stronger academic

17       outcome.

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 10 of 29

Page 34

```
1
2
3
4       .
5
6
7
8
9       .
10
11      .
12  Q.   And did that in turn lead to the District's equity
13       training including fall of 2020?
14  A.   I believe that it was just a continuation of the
15       district-wide equity training that happened in the
16       fall of 2019.
17
18
19
20
21
22
23
24
25
```

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 11 of 29

Page 42

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20  Q.  Isn't the point of the fall equity training to

21      understand the role of race and how it may play out

22      in current society?

23  A.  No.  It's to understand various barriers that the

24      fall 2020 district-wide equity training -- the

25      process of it or the reason behind it was to address

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 12 of 29

Page 43

1      and understand barriers that students and staff may

2      encounter in systems like this and to understand how

3      barriers impact systems.

4

5

6

7

8

9

10

11

12  A.  The 2020 district-wide equity training was to

13      understand how barriers impact students and staff in

14      systems like education and what are some tools on

15      how staff can address that and understand it and

16      create more equitable environments for students.

17

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 13 of 29

1

2

3

4

5   A.   The training -- the 2020 district-wide equity

6        training, the role of it was to address barriers

7        that impact our students and staff.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 14 of 29

Page 54

1

2

3

4

5

6

7   A.   To my understanding, at that time, 2019, the

8        District wanted to engage in equity work.  And the

9        best way to start engaging in that work is to start

10       doing professional learning around the topics so

11       that all staff had an understanding of what equity

12       is and how it might have positive impacts in the

13       classroom and in the workplace.

14

15

16

17

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 15 of 29

Page 55

1

2

3

4

5

6

7

8

9

10    Q.   So is equity a means to an end or is equity an end?

11         It can be both?  I'm just asking you.  Are you also

12         saying that is a goal in and of itself or that it's

13         a means to achieve a particular outcome?  That's my

14         question.

15    A.   I believe it's a value the District has committed

16         to.  And they see that equity not only supports

17         students in the classroom, they feel safe.

18    Q.   Yeah.

19    A.   Which means they have attendance.  That means they

20         have better academics.  That means that they have

21         lower discipline rates.  That equity was going to be

22         something they wanted to do for students to make

23         them feel safe and, therefore, have better academic

24         outcomes.

25

Page 63

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15   A.   I would say there's been no formalized manner in

16        defining it.  But the way that we define it as a

17        department and the way that we work with equity is

18        to ensure that we are meeting the unique needs of

19        students and staff to ensure that they're finding

20        their way to success.

21

22

23

24

25

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 17 of 29

Page 129

1

2

3

4

5

6

7

8

9

10

11

12   Q.   Were there agree and disagree signs?

13   A.   Agree or disagree signs?  No.

14

15

16

17

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 18 of 29

Page 136

```
 1
 2
 3
 4
 5
 6   Q.  And one of the terms that's used in the training,
 7       was it underrepresented and underresourced?
 8   A.  Yes.  Those were the terms that the District was
 9       already using before I started at the District.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 19 of 29

Page 143

11  Q.  Goal, Slide 5, second paragraph underrepresented or

12      facing difficult issues.  My question to you, are

13      those difficult issues the ones you outlined

14      previously?

15  A.  Yes.  Based on the data the District has, so

16      graduation data, discipline data, attendance data.

17  Q.  And it's everyone's responsibility at SPS to address

18      those shortfalls; right?

19  A.  Yes.  To look at the data and to see where the

20      barriers are for our students and then figure out

21      ways how we can create better practices that have

22      more equitable outcomes.

Alpha Reporting & Video
417-887-4110    www.alphareportingservice.com    417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 20 of 29

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22    Q.  And is being silent when you're called upon

23        professional?

24    A.  I think it's -- I think people -- if they say "I

25        don't feel comfortable answering at this moment" or

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 21 of 29

Page 212

1      "I cannot answer," that is completely fine.

2   Q.  What if they just look at you and say "I'm not going

3       to answer that question.  I disagree"?

4   A.  I mean, then that for me, that's about -- okay,

5       then.  I'm not going to force an answer out of you.

6       Then I'm going to move forward with people who want

7       to engage.

8   Q.  So silence was acceptable?

9   A.  You know, I think silence -- I wish people would --

10      would want to contribute or engage, but I'm not

11      going to force them.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 22 of 29

Page 217

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15   A.   I think for some, it takes time for them to

16        internally process.  So some people might have just

17        said, you know -- again, like, engagement is going

18        to look different.  Our hope was that some people

19        would be able to talk about what was talked about in

20        the groups if they felt comfortable to do so.

21

22

23

24

25

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 23 of 29

Page 229

1   Q.  Do you recall her bringing up Kyle Rittenhouse and

2       how he might have been defending himself?

3   A.  I don't recall that, no.

4   Q.  So you're not in a position to dispute it if she

5       says that she brought up Kyle Rittenhouse?

6   A.  I can't remember what she said.

7   Q.  You're not in a position to dispute it if she says

8       that you told her she was wrong?

9   A.  I'm not in a position to because I don't recall that

10      interaction.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 24 of 29

1    '

2

3

4    .

5

6    '

7

8

9    .

10

11

12

13   '

14

15

16

17   .

18   '

19   .

20   '

21   .

22   '

23

24   .

25   Q.  Do you recall any conversation about whether or not

Page 241

```
1        parents were oppressors of their children?

2   A.   I don't recall saying.

3   Q.   You don't recall it or you dispute it?

4   A.   No.  I'll dispute it.  I didn't say that.

5   Q.   Did you talk about parents being oppressive in any

6        sense of the word?

7   A.   No.  I did not say that.

8   Q.   You're saying that definitively?

9   A.   Yeah.  I didn't say that.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 26 of 29

1

2

3

4

5

6

7

8  Q.  Did the topic of socialism come up at all at

9      Ms. Henderson's session?

10  A.  I don't recall that either.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110      www.alphareportingservice.com      417-887-4110
Case 6:21-cv-03219-MDH  Document 75-7  Filed 07/22/22  Page 27 of 29

1

2

3

4

5

6

7

8

9

10

11   A.   I don't recall saying that.  This is for adults

12        learning, their own development, broadening their

13        perspectives so they can find ways on how they can

14        better identify the barriers in a system that is

15        impacting students.

16

17

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 28 of 29

Page 326

1

2

3

4

5

6

7

8

9   Q.  So the concept you're teaching would actually be

10      inappropriate for a teacher to teach in a classroom?

11  A.  These concepts are not made for children or

12      students.

13  Q.  So it would be inappropriate for a teacher to teach

14      them in a classroom?

15  A.  In the way that it's being presented here, it's not

16      made for students.

17

18

19

20

21

22

23

24

25

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 75-7   Filed 07/22/22   Page 29 of 29