# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| BROOKE HENDERSON and JENNIFER LUMLEY, | )<br>)<br>) |
| Plaintiffs, | )<br>) Case No. 6:21-cv-03219-MDH |
| v. | )<br>) |
| SCHOOL DISTRICT OF SPRINGFIELD R-12, ET AL., | )<br>)<br>) |
| Defendants. | ) |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, Brooke Henderson and Jennifer Lumley, respectfully move this Honorable Court pursuant to Fed. R. Civ. P. 56 for summary judgment in their favor (1) declaring that Defendants' equity training during the Fall Semester of 2020 violated Plaintiffs' rights as secured by the First Amendment and was an unconstitutional condition of employment, (2) permanently enjoining Defendants as appropriate, (3) awarding each Plaintiff $1.00 per day for each day they attended mandatory equity training, and (4) granting Plaintiffs such other legal or equitable relief the Court deems just and appropriate. In support of their motion for summary judgment, Plaintiffs respectfully submit the accompanying supporting suggestions with incorporated statement of uncontroverted material facts. As set forth more fully therein, there are no material facts in dispute and Plaintiffs are entitled to judgment in their favor as a matter of law.

July 22, 2022.                                  /s/ B. H. Boucek

                                          KIMBERLY S. HERMANN*
GA Bar No. 646473
BRADEN H. BOUCEK*
TN BPR No. 021399
CELIA H. O'LEARY*
GA Bar No. 747472
JEFFREY A. CLAYMAN*
LA Bar No. 30442
FL Bar No. 52017
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Telephone: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
coleary@southeasternlegal.org
jclayman@southeasternlegal.org

*Admitted Pro Hac Vice*

Derek H. MacKay MO #59078
Knight Nicastro MacKay, LLC
304 W. 10th Street
Kansas City, MO 64105
Phone: (816) 708-0105
mackay@knightnicastro.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

/s/ B. H. Boucek
BRADEN H. BOUCEK