# Land Acknowledgement

A **Land Acknowledgement** is a formal statement that recognizes and respects Native and Indigenous Peoples as traditional stewards of this land and the enduring relationships between Native and Indigenous People and their traditional territories. Below is the statement that the Office of Equity and Diversity created for Springfield Public Schools R-12:

As we begin our training, we want to **acknowledge** and honor the **Native and Indigenous Peoples** whose land we currently gather on. **Springfield Public Schools is built on ancestral territory of the Osage, Delaware and Kickapoo Nations and Peoples.** In doing social justice work, it is important we acknowledge the dark history and violence against Native and Indigenous People across the world. In this work, we are committed to promoting, supporting and affirming all communities, especially those that are marginalized.

EXHIBIT 9

PLS 0421

# Notes for Equity & Diversity
# Fall Training 2020

## Our Collective Why

The Board of Education recently adopted an additional Focus Area to the Springfield Public Schools Strategic Plan known as Focus Area V which is committed to Equity and Diversity.

Equity and Diversity within SPS is no longer just a value but part of the district strategic plan with measurable goals and outcomes to ensure we are creating an inclusive, equitable, accessible and affirming learning and working environment for all students and staff.

## George Floyd Video - Reflection

## Environmental Scan Video

## Group Discussion (Oppression - Systemic Racism - White Supremacy)

## Anti-Racism Reflections

How does this statement impact your role at SPS?

*It doesn't*

What steps will you take to become an anti-racist?

What tools/supports will you need to be anti-racist?




Social Identity Wheel

Outer ring labels: Ethnicity, Socio-Economic Status, Gender, Sex, Sexual Orientation, National Origin, First Language, Physical, Emotional, Developmental (Dis)Ability, Age, Religious or Spiritual Affiliation, Race

Center prompts:
1. Identities you think about most often
2. Identities you think about least often
3. Your own identities you would like to learn more about
4. Identities that have the strongest effect on how you perceive yourself
5. Identities that have the greatest effect on how others perceive you

Adapted for use by the Program on Intergroup Relations and the Spectrum Center, University of Michigan.
Resource hosted by LSA Inclusive Teaching Initiative, University of Michigan (http://sites.lsa.umich.edu/inclusive-teaching/).

PLS 0423



# OPPRESSION MATRIX

| TYPE OF OPPRESSION | PRIVILEGED SOCIAL GROUP | BORDER SOCIAL GROUPS | OPPRESSED SOCIAL GROUPS | SOCIAL IDENTITY CATEGORY |
|---|---|---|---|---|
| RACISM | White People | Biracial People | Asian, Black, Latina/o, Native People | Race |
| SEXISM | Male assigned at birth | Intersex People | Female assigned at birth | Sex |
| TRANSGENDER OPPRESSION | Gender conforming CIS- men and women | Gender ambiguous CIS- men and women | Transgender, Genderqueer, Intersex People | Gender |
| HETEROSEXISM | Heterosexuals | Bisexuals | Lesbians, Gay men | Sexual Orientation |
| CLASSISM | Rich, Upper Class People | Middle Class People | Working Class, Poor People | Class |
| ABLEISM | Able-bodied People | People with Temporary Disabilities | Disabled People | Ability/Disability |
| RELIGIOUS OPPRESSION | Protestants | Roman Catholic (historically) | Jews, Muslims, Hindus, Sikhs | Religion |
| AGEISM/ADULTISM | Adults | Young Adults | Elders, Young People | Age |

PLS 0424

# White Supremacy

## OVERT WHITE SUPREMACY
**Socially Unacceptable**

- LYNCHING
- HATE CRIMES
- BLACKFACE
- THE N-WORD
- SWASTIKAS
- NEO-NAZIS
- BURNING CROSSES
- KKK
- RACIST JOKES
- RACIAL SLURS

## COVERT WHITE SUPREMACY
**Socially Acceptable**

- MASS INCARCERATION
- DISCRIMINATORY LENDING
- BIPOC AS HALLOWEN COSTUMES
- HIRING DISCRIMINATION
- PRIORITIZING WHITE VOICES AS EXPERTS
- BLAMING THE VICTIM
- NOT BELIEVING EXPERIENCES OF BIPOC
- TOKENISM
- ENGLISH-ONLY INITIATIVES
- TONE POLICING
- COLORBLINDNESS
- WHITE SILENCE
- WHITE SAVIOR COMPLEX
- CLAIMING REVERSE-RACISM
- RACIAL PROFILING
- RACIST MASCOTS
- SCHOOL-TO-PRISON PIPELINE
- ALL LIVES MATTER
- TREATING KIDS OF COLOR AS ADULTS
- EUROCENTRIC CURRICULUM

- CALLING THE POLICE ON BLACK PEOPLE
- EDUCATION FUNDING FROM PROPERTY TAX
- SCHOOL-TO-PRISON PIPELINE

PLS 0425

Case 6:21-cv-03219-MDH   Document 77-9   Filed 07/22/22   Page 5 of 10

# Terminology

## Race and Ethnicity

*African American – (Black)*

Black people who live in America but are from other parts of the world other than Africa may not identify as African-American. However, those factions of people may still consider 'Black' to be their identity. "Black" is a term that was used as a sense of pride and empowerment during the so-called "Black power" movement in the 60s and 70s. Black has also become a more widely used term by generations who while acknowledge their lineage may have started in Africa, but prefer the term Black to demonstrate its global context and give it power.

*Hispanic, Latino/a – (Latinx)*

The word "Latinx" (pronounced "La-teen-ex")

Latinx is the gender-neutral alternative to Latino, Latina and even Latin@. This term aims to move beyond gender binaries and is inclusive of the intersecting identities of Latin American descendants. In addition to men and women from all racial backgrounds, Latinx also makes room for people who are trans, queer, agender, non-binary, gender non-conforming or gender fluid. The "x" rejects the gendering of words, especially since Spanish is a gendered language. Using the terms Latinx is also used as a way to reclaim their identity and form a rebellion against the language and legacy of European traditions that were imposed on the Americas.

**Native Americans, Alaskan Native, First Nations People, First People – Indigenous)**

**Native American** – Member of any of the aboriginal peoples of the Western Hemisphere whose original territories and lands were in present-day Canada and the United States

**Alaskan Native** – Indigenous peoples of Alaska, **not eskimos**

**First Nations People/First People** – This term recognizes the political and cultural sovereignty of tribal communities, as well the fact that (simply put) their ancestors were here first. But it is also important to identify someone by their individual nation. This term is used many times in reference to indigenous people from Canada.

**Indigenous People** – Also known in some regions as **First peoples**, **First Nations**, **Aboriginal peoples** or **Native peoples**, or **autochthonous** peoples, are ethnic groups who are the original or earliest known inhabitants of an area, in contrast to groups that have settled, occupied or colonized the area more recently.

**Asian** – People who have descended from a portion of Asia's population. **Not all Asian people are Chinese. Oriental is no longer an accepted term.**

**Asian Pacific Islander** – A person with origins from the Far East, Southeast Asia, South Asia, or th Pacific Islanders. This area includes, for example, China, Japan, Korea, the Philippines and Samoa and in South Asia, includes India, Pakistan, Bangladesh, Sri Lanka, Nepal, and Bhutan.

## Focus Area V – Equity & Diversity

**Equity and Diversity** within **SPS** is <u>no longer just a value</u> but part of the <u>district strategic plan</u> with measurable goals and outcomes to ensure we are creating an inclusive, equitable, accessible and affirming learning and working environment for all students and staff.

**Focus Area V – Equity & Diversity Goal**

Create and sustain a learning environment that supports equity and diversity through the development of staff, expanding diverse workforce, enhancing academic supports and culturally relevant curriculum while promoting increased engagement and advocacy of underrepresented and under-resourced students.

**Focus Area V – Equity & Diversity Strategies**

5.1.1 – Facilitate learning opportunities for staff and leaders that foster exploration of identity and self, and create ap plications to demonstrate cultural consciousness in their work.

5.1.2 – Develop and deploy improved recruitment, collaboration and communication structures to enhance and dive sify the workforce.

5.1.3 – Review, improve and expand programming and services for under-resourced and underrepresented student

5.1.4 – Review and expand the curriculum to reflect student identities lived experiences, cultural history and signifi ant contributions.

1.5 – Research, develop and deploy engagement and advocacy policy, practices and programs that support studen d staff, and foster greater community engagement

# Guiding Principles

Stay Engaged

Lean into your discomfort

Speak YOUR Truth and from YOUR Lived Experiences

Acknowledge YOUR privileges

Seek to Understand

Hold YOURSELF accountable

Be Professional

Case 6:21-cv-03219-MDH   Document 77-9   Filed 07/22/22   Page 8 of 10
PLS 0428

## Document 1 (top left, white)

Greetings! I would like to begin our training by welcoming our Equity Trainers who are representing the Office of Equity and Diversity and facilitating today's training. This is the second year SPS is going through the full district wide equity training and it's important we continue this significant work for our own personal and professional development, but also for our work with our students. Please give our trainers your full attention as they deliver the learning today. Considering the pandemic and racial injustice experienced by the Black community this year, it is important we as a system, develop our understanding of these inequities and better prepare ourselves for the re-entry of our school. Equity and Diversity has been a value of the district for some time, but since the spring, it is now reflected in our district strategic plan with the support of the Board of the Education and administration. This means that this is more than a value, but now part of our work and job responsibilities. As the district will be held accountable to ensure Equity and Diversity take place and is affirmed in our schools, we all are now accountable in this work as well. Growing a deeper sense of cultural consciousness is something we must commit to, not just for ourselves but for all our students. As with any presentation, I ask that you remain engaged and professional and provide our trainers complete attention and respect.

## Document 2 (top right, white)

Teaching Tolerance is a project of the Southern Poverty Law Center, which is dedicated to fighting hate and bigotry and to seeking justice for the most vulnerable members of our society.

## Document 3 (Oppression Matrix, white)

# OPPRESSION MATRIX

| TYPE OF OPPRESSION | PRIVILEGED SOCIAL GROUP | BORDER SOCIAL GROUPS | OPPRESSED SOCIAL GROUPS | SOCIAL IDENTITY CATEGORY |
|---|---|---|---|---|
| RACISM | White-assigned at birth | Biracial People | Asian, Black, Latina/o, Native People | Race |
| SEXISM | Men assigned at birth | Intersex People | Female assigned at birth | Sex |
| TRANSGENDER OPPRESSION | Gender conforming CIS men and women | Gender ambiguous CIS men and women | Transgender, Genderqueer, Intersex People | Gender |
| HETEROSEXISM | Heterosexual People | Bisexual People | Lesbians, Gay People | Sexual Orientation |
| CLASSISM | Rich, Upper Class People | Middle Class People | Working Class, Poor People | Class |
| ABLEISM | Able-bodied People | People with Temporary Disabilities | Disabled People | Ability/Disability |
| RELIGIOUS OPPRESSION | Protestants | Roman Catholic (historically) | Jews, Muslims, Hindus, Sikhs | Religion |
| AGEISM/ADULTISM | Adults | Young Adults | Elders, Young People | Age |

## Document 4 (Terminology, blue)

### Terminology

**Race and Ethnicity**

**African American – (Black)**

Black people who live in America but are from other parts of the world other than Africa may not identify as African American. However, those factions of people may still consider 'Black' to be their identity. "Black" is a term the was used as a sense of pride and empowerment during the so-called "Black power" movement in the 60s and 70s. Black men also become is more widely used term by generations who while acknowledge their lineage they have started in Africa, but prefer the term Black is demonstrate its global context and gives it power.

**Hispanic, Latino/a – (Latinx)**

The word "Latinx" (pronounced "La-teen-ex")

Latinx is the gender-neutral alternative to Latino, Latina and even Latin@. Thus term aims to move beyond gender binaries and is inclusive of the intersecting identities of Latin American descendants. In addition to men and women from all racial backgrounds, Latinx also makes room for people who are trans, queer, agender, non-binary, gender non-conforming or gender fluid. The "x" replaces the gendering of words, especially since Spanish is a gendered language. Using the terms Latinx is also used as a way to reclaim their identity, and form a rebellion against the language and legacy of European traditions that were imposed on the Americas.

**Native Americans, Alaskan Native, First Nations People, First People, (Indigenous)**

**Native American** – Member of any of the aboriginal peoples of the Western Hemisphere whose original territories and lands were in present-day Canada and the United States.

**Alaskan Native** – Indigenous peoples of Alaska, not eskimos.

**First Nations People/First People** – This term recognizes the political and cultural sovereignty of tribal communities, as well the fact that (simply put) their ancestors were here first. But it is also important to identify someone by their individual nation. This term is used many times in reference to indigenous people from Canada.

**Indigenous People** – Also known in some regions as **First peoples**, **First Nations**, **Aboriginal peoples** or **Native peoples**, or **autochthonous** peoples, are ethnic groups who are the original or earliest known inhabitants of an area, in contrast to groups that have settled, occupied or colonized the area more recently.

**Asian** – People who have descended from a portion of Asia's population. Not all Asian people are Chinese. Oriental is no longer an accepted term.

**Asian Pacific Islander** – A person with origins from the Far East, Southeast Asia, South Asia, or the Pacific Islanders. This area includes, for example, China, Japan, Korea, the Philippines and Samoa; and in South Asia, includes India, Pakistan, Bangladesh, Sri Lanka, Nepal, and Bhutan.

## Document 5 (Guiding Principles, yellow)

### Guiding Principles

Stay Engaged
Lean into your discomfort
Speak YOUR Truth and from YOUR Lived Experiences
Acknowledge YOUR privileges
Seek to Understand
Hold YOURSELF accountable
Be Professional

## Document 6 (Focus Area V – Equity & Diversity, orange)

### Focus Area V – Equity & Diversity

Equity and Diversity within SPS is no longer just a value but part of the district strategic plan with measurable goals and outcomes to ensure we are creating an inclusive, equitable, accessible and affirming learning and working environment for all students and staff.

**Focus Area 5 - Equity & Diversity Goal**

Create and sustain a working environment that supports equity and diversity through the development of staff as guiding school activities, enhancing students' supports and culturally relevant curriculum while attending to consistent engagement and advocacy of underrepresented and under-resourced students.

**Focus Area 5 - Equity & Diversity Strategies**

5.1.1 – Facilitate learning opportunities for staff and leaders that foster awareness of identity and self and create capacity to demonstrate cultural consciousness in their work.

5.1.2 – Develop and deploy improved recruitment, collaboration and communication structures to enhance and retain the workforce.

5.1.3 – Review, improve and expand programming and services for under-resourced and underrepresented students.

5.1.4 – Review and expand the curriculum to reflect student diversity, lived experiences, cultural history, and significant contributions.

5.1.5 – Research, develop and deploy engagement and advocacy policy, practices and programs that support, student, staff and foster greater community engagement.

## Document 7 (Notes for Equity & Diversity, white bottom left)

### Notes for Equity & Diversity Fall Training 2020

**Our Collective Why**

The Board of Education recently adopted an additional Focus Area to the Springfield Public Schools Strategic Plan known as Focus Area 5 which is committed to Equity and Diversity.

Equity and Diversity within SPS is no longer just a value but part of the district strategic plan with measurable goals and outcomes to ensure we are creating an inclusive, equitable, accessible and affirming learning and working environment for all students and staff.

**George Floyd Video - Reflection**

**Environmental Scan Video**

**Group Discussion (Oppression - Systemic Racism - White Supremacy)**

**Anti-Racism Reflections**

How does this statement impact your role at SPS?

What steps will you take to become an anti-racist?

[additional line illegible]

## Document 8 (White Supremacy, white)

# White | Supremacy

| OVERT WHITE SUPREMACY | COVERT WHITE SUPREMACY |
|---|---|
| **Socially Unacceptable** | **Socially Acceptable** |
| LYNCHING    HATE CRIMES | DISCRIMINATORY LENDING |
| BLACKFACE    THE N-WORD | HIRING DISCRIMINATION |
| BIPOC AS HALLOWEEN COSTUMES | BLAMING THE VICTIM |
| SWASTIKAS    NEO-NAZIS | PRIORITIZING WHITE VOICES AS EXPERTS |
| BURNING CROSSES    KKK | NOT BELIEVING EXPERIENCES OF BPOC | TOKENISM |
| RACIST JOKES    RACIAL SLURS | ENGLISH-ONLY INITIATIVES | TONE POLICING |
| | COLORBLINDNESS    WHITE SILENCE |
| CALLING THE POLICE ON BLACK PEOPLE | WHITE SAVIOR COMPLEX    CLAIMING REVERSE-RACISM |
| EDUCATION FUNDING FROM PROPERTY TAX | RACIAL PROFILING    RACIST MASCOTS |
| SCHOOL-TO-PRISON PIPELINE | SCHOOL-TO-PRISON PIPELINE    ALL LIVES MATTER |
| | TREATING KIDS OF COLOR AS ADULTS    EUROCENTRIC CURRICULUM |

## Document 9 (Land Acknowledgement, pink)

### Land Acknowledgement

A **Land Acknowledgement** is a formal statement that recognizes and respects Native and Indigenous Peoples, as traditional stewards of this land and the enduring relationships between Native and Indigenous People and their traditional territories. Below is the statement that the Office of Equity and Diversity created for Springfield Public Schools K-12:

As we begin our training, we want to **acknowledge** and honor the **Native and Indigenous Peoples** whose land we currently gather on. **Springfield Public Schools** is built on ancestral territory of the **Osage, Delaware and Kickapoo Nations and Peoples.** In doing social justice work, it is important we acknowledge the dark history and violence against Native and Indigenous People across the world. In this work, we are committed to promoting, supporting and affirming all communities, especially those that are marginalized.

Greetings! I would like to begin our training by welcoming our Equity Trainers who are representing the Office of Equity and Diversity and facilitating today's training. This is the second year SPS is going through the fall district-wide equity training and it's important we continue this significant work for our own personal and professional development, but also for our work with our students. Please give our trainers your full attention as they deliver the learning today. Considering the pandemic and racial injustice experienced by the Black community this year, it is important we as a system, develop our understanding of these inequities and better prepare ourselves for the re-entry of our school. Equity and Diversity has been a value of the district for some time, but since the spring, it is now reflected in our district strategic plan with the support of the Board of the Education and administration. This means that this is more than a value, but now part of our work and job responsibilities. As the district will be held accountable to ensure Equity and Diversity take place and is affirmed in our schools, we all are now accountable in this work as well. Growing a deeper sense of cultural consciousness is something we must commit to, not just for ourselves but for all our students. As with any presentation, I ask that you remain engaged and professional and provide our trainers complete attention and respect.