# Fall District-Wide Equity Training

Office of Equity and Diversity
Springfield Public Schools R-12

Case 6:21-cv-03219-MDH    Document    Filed 07/22/22    Page

**EXHIBIT 13**

SPS Discovery Exh. 13.01

# Dr. Jungmann - Introduction Video



# Introduction

## Office of Equity and Diversity



**Dr. Yvania Garcia-Pusateri (She/Her)**
**Chief Equity and Diversity Officer**



**Lisa Searles (She/Her)**
**Administrative Assistant**



**LA Anderson (He/Him)**
**Coordinator III - Equity & Diversity**



**Jimi Sode (He/Him)**
**Coordinator III - Equity & Diversity**



**Gwen Marshall (She/Her)**
**Specialist - Equity and Diversity**

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 3 of 43

# Underrepresented & Under-resourced Students

**Underrepresented & Under-resourced Students** are terminology used by the **Office of Equity and Diversity** to describe "diverse students" in Springfield Public Schools. **We define them as, but not limited to:**

- **Students of Color (in terms of race/ethnicity, domestic & international)**
- **Students with Disabilities (i.e., physical, cognitive, and developmental)**
- **English Language Learners**
- **LGBTQ+ Students**
- **Students who receive FREE and REDUCED Lunch**
- **Students who receive McKinney-Vento Services**
- **Students from diverse religious backgrounds and or belief systems**

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 4 of 43

# Goals

*To create shared understanding around the following*:

- **Identity and Self** - Who we are and how identity shows up in our roles at SPS
- **Complex issues of Systemic Racism and Xenophobia -** And how we should address it in our school system.
- **Our ethical responsibility** to make SPS an inclusive and equitable learning environment for <u>ALL</u> students

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 5 of 43

5

# Land Acknowledgement

As we begin our training, we want to **acknowledge** and honor the **Native and Indigenous Peoples** whose land we currently gather on. **Springfield Public Schools** is built on ancestral territory of the **Osage**, **Delaware** and **Kickapoo Nations and Peoples**. In doing social justice work, it is important we **acknowledge** the dark history and violence against **Native and Indigenous People** across the world. In this work, we are committed to promoting, supporting and affirming all communities, especially those that are marginalized

# Guiding Principles

**Stay Engaged**

**Lean into your discomfort**

**Speak YOUR Truth and from YOUR Lived Experiences**

**Acknowledge YOUR privileges**

**Seek To Understand**

**Hold YOURSELF Accountable**

**Be Professional – Or be Asked to Leave with No Credit**

# Overview of Training

Participants will:

- Learn about **Oppression**, **White Supremac**y, and **Systemic Racism**
- Reflect on current issues that have impacted our society nationally and globally (i.e., **Covid-19 and Protests against Systemic Racism towards the Black Community**)
- Have a greater understanding of **current terminology**
- Engage in **identity development and understanding**
- Receive tools on how to become **Anti-Racist educators, leaders and staff members of SPS**
- Share and dialogue with larger and smaller groups

# Our Collective Why

**The Board of Education** recently adopted an additional Focus Area to the Springfield Public **Schools Strategic Plan known as Focus Area V which is committed to Equity and Diversity.**

Focus Area V – <u>Equity and Diversity</u>

**Equity and Diversity within SPS <u>is no longer just a value</u> but part of the <u>district strategic plan</u> with measurable goals and outcomes to ensure we are creating an inclusive, equitable, accessible and affirming learning and working environment for all students and staff.**



# Springfield Public Schools
## Engaging • Relevant • Personal



Home ▶ About SPS ▶ Our District ▶ Strategic Plan ▶ Focus Area 5

## Focus Area 5 - Equity and Diversity

### Goal 1



Create and sustain a learning environment that supports equity and diversity through the development of staff, expanding diverse workforce, enhancing academic supports and culturally relevant curriculum while promoting increased engagement and advocacy of underrepresented and under-resourced students.

### Strategies

- **5.1.1** Facilitate learning opportunities for staff and leaders that foster exploration of identity and self, and create applications to demonstrate cultural consciousness in their work.
- **5.1.2** Develop and deploy improved recruitment, collaboration and communication structures to enhance and diversify the workforce.
- **5.1.3** Review, improve and expand programming and services for under-resourced and underrepresented students.
- **5.1.4** Review and expand the curriculum to reflect student identities, lived experiences, cultural history and significant contributions.
- **5.1.5** Research, develop and deploy engagement and advocacy policy, practices, and programs that support students and staff, and foster

Last Modified on June 17, 2020

# George Floyd – Reflection Video



https://www.youtube.com/watch?v=GUhdqT5VLig

# Group Reflection

Spend the next 3 minutes with a partner, sharing how you felt watching the video.

We would like to have <u>2</u> people share with the larger group, something they discussed with their partner.

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 12 of 43

# Nickelodeon – Statement

**NICKELODEON IS GOING OFF THE AIR FOR 8 MINUTES AND 46 SECONDS IN SUPPORT OF JUSTICE, EQUALITY, AND HUMAN RIGHTS.**

**nickelodeon**
**DECLARATION OF KIDS' RIGHTS**

You have the right to be seen, heard, and respected as a citizen of the world.

You have the right to a world that is peaceful.

You have the right to be treated with equality, regardless of the color of your skin.

You have the right to be protected from harm, injustice, and hatred.

You have the right to an education that prepares you to run the world.

You have the right to your opinions and feelings, even if others don't agree with them.

# Scan of Local, National, and Global Events since March 2020



Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 14 of 43

# Environmental Scan Reflection

Spend the next <u>5 minutes</u> with your partner discussing the environmental scan. Make sure you address two of the questions listed below:

-What did it feel like to see those images?

-Did you recognize all of those events?

-Did you recognize all the individuals featured?

-How do these national events impact your work in the district?

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 15 of 43

# Systems of Oppression

The term **"systems of oppression"** helps us better identify **inequity** by calling attention to the **historical and organized patterns of mistreatment.** In the United States, systems of oppressions (like systemic racism) are woven into the very foundation of American culture, society, and laws. Examples of systems of oppressions include **sexism, heterosexism, ableism, classism, ageism, and anti-Semitism.** Society's institutions, such as government, **education**, and culture, all contribute or reinforce the oppression of marginalized social groups while elevating dominant social groups. **National Museum of African American History & Culture**

# Oppression



**OPPRESSION MATRIX**

| TYPE OF OPPRESSION | PRIVILEGED SOCIAL GROUP | BORDER SOCIAL GROUPS | OPPRESSED SOCIAL GROUPS | SOCIAL IDENTITY CATEGORY |
|---|---|---|---|---|
| RACISM | White People | Biracial People | Asian, Black, Latina/o, Native People | Race |
| SEXISM | Male assigned at birth | Intersex People | Female assigned at birth | Sex |
| TRANSGENDER OPPRESSION | Gender conforming CIS- men and women | Gender ambiguous CIS- men and women | Transgender, Genderqueer, Intersex People | Gender |
| HETEROSEXISM | Heterosexuals | Bisexuals | Lesbians, Gay men | Sexual Orientation |
| CLASSISM | Rich, Upper Class People | Middle Class People | Working Class, Poor People | Class |
| ABLEISM | Able-bodied People | People with Temporary Disabilities | Disabled People | Ability/Disability |
| RELIGIOUS OPPRESSION | Protestants | Roman Catholic (historically) | Jews, Muslims, Hindus, Sikhs | Religion |
| AGEISM/ADULTISM | Adults | Young Adults | Elders, Young People | Age |

# Systemic Racism

A system in which public policies, institutional practices, cultural representations, and other social norms that, while not practiced consciously, reinforce and perpetuate racial group inequity. It identifies dimensions of our history and culture that have allowed privileges associated with "whiteness" and disadvantages associated with "color" to endure and adapt over time.

# Systemic Racism



Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 19 of 43

https://www.youtube.com/watch?v=YrHIQIO_bdQ&t=2s

# White Supremacy

White supremacy captures the all-encompassing centrality and assumed superiority of people defined and perceived as white. Many people, especially older white people, associate the term white supremacy with extreme and explicit hate groups. However, for sociologists, white supremacy is a highly descriptive term for the culture we live in; a culture which positions white people and all that is associated with them (whiteness) as ideal. Robin DiAngelo Article

# White Supremacy



Case 5:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 21 of 43

https://www.youtube.com/watch?v=0gqQzbp5wk4&t=1s

# White Supremacy

## OVERT WHITE SUPREMACY
**Socially Unacceptable**

LYNCHING          HATE CRIMES

BLACKFACE          THE N-WORD

SWASTIKAS          NEO-NAZIS

BURNING CROSSES          KKK

RACIST JOKES          RACIAL SLURS

## COVERT WHITE SUPREMACY
**Socially Acceptable**

MASS INCARCERATION

BIPOC AS HALLOWEEN COSTUMES

PRIORITIZING WHITE VOICES AS EXPERTS

NOT BELIEVING EXPERIENCES OF BIPOC

ENGLISH-ONLY INITIATIVES

COLORBLINDNESS

WHITE SAVIOR COMPLEX

RACIAL PROFILING

SCHOOL-TO-PRISON PIPELINE

TREATING KIDS OF COLOR AS ADULTS

DISCRIMINATORY LENDING

HIRING DISCRIMINATION

BLAMING THE VICTIM

TOKENISM

TONE POLICING

WHITE SILENCE

CLAIMING REVERSE-RACISM

RACIST MASCOTS

ALL LIVES MATTER

EUROCENTRIC CURRICULUM

CALLING THE POLICE ON BLACK PEOPLE

EDUCATION FUNDING FROM PROPERTY TAX

CULTURAL APPROPRIATION

Work adapted by Ellen Tuzzolo; Director of Southern Initiative for Justice Policy Institute from the original work by Safehouse Progressive Alliance for NonViolence

# Major Terminology Groups Share

Spend the next <u>4 minutes</u> discussing with your partner any of the major terms (Oppression, Systemic Racism, or White Supremacy). Also discuss how your chosen topic has taken place in our community.

We would like to have <u>2</u> people share with the larger group, something they discussed with their partner.

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 23 of 43

# Important Identity Terminology

| Acceptable | Preferred | Not Acceptable |
|---|---|---|
| African American | Black | Negro, Colored |
| Hispanic<br>Latino/a | Latinx (becoming more commonly used) | Mexican<br>(if they are not Mexican) |
| Native American | Indigenous<br>First Nations | Indian |
| Alaskan Native | | Eskimo |
| Asian<br>Pacific Islander<br>South Asian | | Oriental |
| Indian | Indian | |

Case 8-21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 24 of 43

24

# Important Identity Terminology

| Acceptable | Preferred | Not Acceptable |
|---|---|---|
| **Desi** | **For people from the Indian Subcontinent) Afghanistan, Bhutan, Bangladesh, India, Maldives, etc.** | |
| **Arab Middle eastern** | **for people who live in the 22 Arab states within the Arab league) Alergia, Egypt, Iraq etc.** | **A-Rab** |
| **Biracial Multiracial** | | **Mixed** (being phased out) **Mulatto** |
| **European American** | **White** | **Caucasian** (being phased out) |

# Important <u>Current</u> Social Issues Terminology

**Privilege –** A set of unearned benefits given to people who fit into a specific social group (i.e., race, gender, sexual orientation, religion, ability, socioeconomic status)

**Xenophobia –** Fear of strangers, a broad term that may be applied to any fear of someone who is different from the collective "us."

**Lynching –** Lynching is an extrajudicial killing by a group. Most often used for informal public executions by a mob.

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 26 of 43

# Important <u>Current</u> Social Issues Terminology

**Intersectionality –** A theoretical framework for understanding how aspects of a person's social identities might combine to create unique modes of discrimination and privilege.

**Homophobia –** Fear, hatred, discomfort with, or mistrust of people who are lesbian, gay or bisexual etc.

**Transphobia –** Fear, hatred, discomfort with, or mistrust of people who are transgender, genderqueer, or don't follow traditional gender norm.

**Nationalism –** Centers on a country's culture, language, and often race. **Promotes the nation at the expense of others.**

# Social Identities



Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 28 of 43

# Identity / Beliefs / Values
## 4 Corners



# Identity / Beliefs / Values
## 4 Corners - Reflection

-Would anyone like to share how this activity made them feel?

-What were some of your thoughts when going through this activity.

-Were there any trends that you noticed?

Case 6:21-cv-03218-MDH   Document 77-13   Filed 07/22/22   Page 30 of 43

# Anti-Racism

**Anti-Racism** is defined as the work of actively opposing racism by advocating for changes in political, economic, and social life. Anti-racism tends to be an individualized approach, and set up in opposition to individual racist



Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 31 of 43

# Anti-Racism

To fight against systemic racism means to buck norms.

"What hurts the victim most is not the cruelty of the oppressor but the silence of the bystander."

Elie Wiesel
Nobel Laureate and Holocaust

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 32 of 43

# Staff

...at every level must be willing to be uncomfortable in their struggle for black students, recognizing students' power and feeding it by honoring their many contributions to our schools.

# Teachers

...need to insist on using their own power to consistently reveal and examine their practice, and seek input from black stakeholders; they must invite black parents to the table, listen to their concerns and ideas, and act on them.

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 34 of 43

# Principals

...must clearly and consistently communicate the anti-racist vision for their school, create professional-development opportunities for staff, recognize teachers who successfully teach all of their students, and intervene when they see problems.

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 35 of 43

# District-level Administrators

...must more firmly root their anti-racist messaging in black students' school experiences, making expectations for educators clear.

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 36 of 43

# School-Board Members

...need to listen to educators who have shown efficacy in educating black students. They must enact policies that hold us all accountable to our black families. We must make demands of ourselves and work together in our communities.

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 37 of 43

# Anti-Racist / Solo Write

**Please take 5 minutes to do a solo write regarding the Anti-Racist statement. Answer the questions below:**

How does this statement impact your role at SPS?

What steps will you take to become an Anti-Racist?

What tools/support will you need to be Anti-Racist?

# Anti-Racist /Group Share

**We would like to have 2 people share their response to any of the questions below:**

How does this statement impact your role at SPS?

What steps will you take to become an Anti-Racist?

What tools/support will you need to be Anti-Racist?

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 39 of 43

# Closing

Thank you for your participation in today's training - we appreciate your openness and vulnerability with our session.

There is still plenty of work to be done in our district and we hope that you will be part of the change that leads to the support and affirmation of all students and staff at SPS.

A formal survey of today's training will be sent out shortly. We appreciate all your feedback.

Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 40 of 43

# Identity - Implicit Bias, Microaggressions, Intent Vs. Impact

**Implicit Bias** refers to the attitudes or stereotypes that affect our understanding, actions, and decisions in an unconscious manner. These biases which encompass both favorable and unfavorable assessments, are activated involuntarily and without an individual's awareness or intentional control (Kirwan, Institute for the Study of Race and Ethnicity, Ohio State University)

Bias Video 1

Bias Video 2

# Identity / Beliefs / Values
# 4 Corners

I believe my students or staff feel safe at SPS

I believe my students or staff  feel safe in Springfield

I feel safe at SPS

I feel safe in Springfield

I believe SPS provides an engaging, relevant and collaborative learning and working environment

I believe in the SPS strategic plan

I was  aware of the new Focus V Goal before today

I believe my students or staff is represented in the district

I feel represented in the district

# Solo Write

Please take the last 5 minutes to do a solo write of your experience. We will collect those as you leave. Use a post-it (if there is time)



Case 6:21-cv-03219-MDH   Document 77-13   Filed 07/22/22   Page 43 of 43