

# Fall District-Wide Equity Training

Office of Equity and Diversity
Springfield Public Schools R-12

Jimi's Notes:

Good morning, my name is Jimi Sode and I am a coordinator within the Office of Equity and Diversity. It is an absolute pleasure to be with you all this morning. I work at the KAC/Kraft Administrative Building and my pronouns are He/Him/His. I have been with SPS for a little over a month now. Typically, I would ask you all to introduce yourself, but due to the format, all that I would ask is that you make sure your name label for this Zoom meeting reflects at least your first name. This would help me identify you all a little bit better.

Before we dive into the training, I want to encourage you to have something to takes notes on during this presentation. I am going to ask you at various times this morning to write things down as reflections opportunities.

We are going to do our best to check the chat periodically, but I want to apologize in advance if it takes a bit of time for us to get to your question or comment. I would also encourage you to interrupt me if you have questions or comments but please remain muted unless we are doing breakout sessions.

The breakout sessions will be randomized every time, so make sure you introduce yourself with your name, preferred pronouns, position and site.

EXHIBIT
16

But let's go ahead and dive into it!!

# Introductions



a Searles (She/Her) Admin Assistant



Jimi Sode (He/Him) Coordina... & Diversity | Workforce Development



rcia-Pusateri (She/Her) Chief Equity and Diversity Officer

/Her) Specialist - Equity & Diversity

Gwen

---

**Trainers: Introduce Names, Pronouns, Role in Training and Role at SPS**
**Trainers Introduce Office of Equity and Diversity:**
**Dr. Yvania Garcia-Pusateri,** Chief Equity and Diversity Officer
**LA Anderson,** Coordinator III - Equity and Diversity
**Jimi Sode,** Coordinator III - Equity and Diversity, Workforce Development
**Gwen Marshall,** Specialist - Equity and Diversity
**Lisa Searles,** Administrative Assistant

Please encourage participants to use note sheet/outlines to capItures thoughts, questions remarks throughout training (they will keep these)

Jimi's Notes:

The Office of Equity and Diversity serves a lot of different roles within SPS. Primarily focused on providing opportunities and resources to diverse groups that create better educational outcomes reflective of their experiences.  The Office of Equity and Diversity is located at the KAC building.

The staff is here to ensure that SPS is:

-facilitating learning opportunities for staff and leaders

-developing and deploying improved recruitment, collaboration and communication

structures to diversify the workforce

-improving and expanding programming for under resourced and underrepresented students

-reviewing and expanding the curriculum to reflect student identities and lived experiences, and

-deploying engagement and advocacy policy, practices and programs that support students and staff.

I want to stress that, even though the Office of Equity and Diversity is really leading the way with these initiatives. It is every staff member's job to ensure that SPS creates a welcoming, inclusive and equitable learning environment and place of work.

## Underrepresented & Under-resourced Students

**Underrepresented & Under-resourced Students** are terminology used by the **Office of Equity and Diversity** to describe "diverse students" in Springfield Public Schools. <u>We define them as, but not limited to:</u>

- **Students of Color (in terms of race/ethnicity, domestic & international)**
- **Students with Disabilities (i.e., physical, cognitive, and developmental)**
- **English Language Learners**
- **LGBTQ+ Students**
- **Students who receive FREE and REDUCED Lunch**
- **Students who receive McKinney-Vento Services**
- **Students from diverse religious backgrounds and or belief systems**

Jimi's Notes:

Terms underrepresented and under-resourced will be used periodically throughout this presentation. The Office of Equity and Diversity defines these terms as, but not limited to:

- Students of Color (racial and ethnic diversity, domestic and international)
- LGBTQ+ Students
- Students with Disabilities (i.e., physical, cognitive and developmental)
- English Language Learners
- Students who receive FREE and REDUCED Lunch
- Students who receive McKinney-Vento Services (i.e., homeless assistance act and services)
- Students from diverse religious groups and practices

When considering our students and staff who fall into these groups we cannot forgot how intersectionality comes into play. Intersectionality describes the connected nature of various socialization categories as listed here and how those connections create overlapping and interdependent systems of discrimination.

## Goals

*To create shared understanding around the following:*

- **Identity and Self** - Who we are and how identity shows up in our roles at SPS
- **Complex issues of Systemic Racism and Xenophobia** - And how we should address it in our school system.
- **Our ethical responsibility** to make SPS an inclusive and equitable learning environment for <u>ALL</u> students

Summarize the goals, participants may not know what Xenophobia, but they will learn later in the training

Jimi's Notes:

Take a few seconds to read our Goals for today's training *(30 seconds)*

Underrepresented, under-resourced and marginalized students and staff within SPS are facing very difficult issues. We have a responsibility to aid these identified students and all of our students and all of our staff in a positive manner.

During this training we want you to explore who you are and specifically how that shows up in your role at SPS. We will also dive into some more multifaceted subjects that will have come up in various different settings within the district. And to stress again, WE ALL have a responsibility to make SPS an inclusive and equitable environment for all stakeholders.

When we are working on material and providing input today, let's make sure we are keeping these goals at the front of our attention.

As we begin our training, we want to **acknowledge** and honor the **Native and Indigenous Peoples** whose land we currently gather on. **Springfield Public Schools** is built on ancestral territory of the **Osage**, **Delaware** and **Kickapoo Nations and Peoples**. In doing social justice work, it is important we **acknowledge** the dark history and violence against **Native and Indigenous People** across the world. In this work, we are committed to promoting, supporting and affirming all communities, especially those that are marginalized

This is something new that Dr. Garcia-Pusateri implemented in trainings offered by the Office of Equity and Diversity. A Land Acknowledgement is a formal statement that recognizes and respects Native and Indigenous Peoples as traditional stewards of this land and the enduring relationships between Native and Indigenous Peoples and their traditional territories. **Read statement and provide handout of Land Acknowledgement (cardstock, color paper)**

**\*\*Digital Copy of Land Acknowledgement\*\***

Jimi's Notes:

Please take another few seconds to read this statement *(20 seconds)*

One thing that Dr. Yvania Garcia-Pusateri, our Chief Equity and Diversity Officers has implemented this Land Acknowledgement. This is a formal statement that recognizes and respects Native and Indigenous Peoples as traditional stewards of this land and the enduring relationships between Native and Indigenous Peoples and their traditional territories.

## Guiding Principles

**Stay Engaged**

**Lean into your discomfort**

**Speak YOUR Truth and from YOUR Lived Experiences**

**Acknowledge YOUR privileges**

**Seek To Understand**

**Hold YOURSELF Accountable**

**Be Professional - Or be Asked to Leave with No Credit**

LA

Today's training will stir all kinds of emotions and thoughts - but it is important that during this time we commit to the success of our district and our students, which is why we must commit to these following principles

This will also help you in your own development as a teacher, leader and or staff member - so that you can engage in critical dialogue when you return to your offices, site buildings, departments, families and communities

Jimi's Notes:

During this training we need to have some courageous conversations. When we are having these conversations please hold on to these guiding principles.

Stay Engaged in the discussion. I understand we may have busy schedules but during this training please try and stay locked into the conversations.

As I mentioned earlier, some of the things we will be covering today can be uncomfortable at times. Lean into that discomfort to learn and grow. Don't try to push it down. Begin to ask yourself why. Why does "blank" make me feel this way?

I encourage you to share your personal experiences. Your truth comes from your identities. Where you grew up, your gender, etc.

We are going to cover privilege a little bit later but understand most of us have privileges, including myself. Acknowledge your privileges and hold yourself accountable.

These guiding principles will also help you in your own development as a teacher, leader or staff member. They will help you engage in critical dialogue when you return to your offices, site buildings, departments, families and communities.

Again, today's training will stir all kinds of emotions and thoughts - but it is important that during this time we commit to the success of our district and our students, which is why we must commit to these following principles.

# Overview of Training

**Participants will:**

- Learn about **Oppression**, **White Supremac**y, and **Systemic Racism**
- Reflect on current issues that have impacted our society nationally and globally (i.e., **Covid-19 and Protests against Systemic Racism towards the Black Community**)
- Have a greater understanding of **current terminology**
- Engage in **identity development and understanding**
- Receive tools on how to become **Anti-Racist educators, leaders and staff members of SPS**
- Share and dialogue with larger and smaller groups

LA

Trainers relate the overview back to the district - a lot of has happened a lot this year, specifically the two pandemics: Covid-19 and Systemic Racism against the Black community and SPS is not immune from these societal issues - they will appear in our classrooms and our work spaces.

Trainers - please summarize that the training will dive into terminology that may be new in regards to identity, as well as Bias and Microaggressions. Let the participants know if there are words or terms they are unfamiliar with, it is ok, we will get there.

Jimi's Notes:

Here is what we're going to work on today. Take another second to read through some of the identified outcomes of this training *(30 seconds)*.

A lot has already occurred this year with COVID-19 and racial injustice. The year has not yet ended and we are more than likely going to see more issues come to light with a divisive election upon us. SPS is not immune from these societal issues - they will appear in our classrooms and our work spaces.

The training this morning we will dive into terminology that may be new to you. If there are words or terms that you are unfamiliar with, it is ok, we will get there.

## Our Collective Why

**The Board of Education** recently adopted an additional Focus Area to the Springfield Public **Schools Strategic Plan known as Focus Area V which is committed to Equity and Diversity.**

**Focus Area V - Equity and Diversity**

Equity and Diversity within SPS <u>is no longer just a value</u> but part of the <u>district strategic plan</u> with measurable goals and outcomes to ensure we are creating an inclusive, equitable, accessible and affirming learning and working environment for all students and staff.

Provide overview of Focus V - Click on the link to show the page.
Summarize how the focus area is no longer just a goal but part of the district's strategic plan that **we** will be held **accountable** for.
**The we includes all of us: Teachers, Principals, Counselors, Bus Drivers, Health Services, Staff, Leaders, Board Members etc.**
The goal is meant to create a learning and working environment that is affirming of all students and staff identities and lived experiences

Jimi's Notes:

As early as last school year SPS had a strategic plan that consisted of 4 focus areas. Following recommendations from the Equity and Diversity Advisory Council (EDAC), the Board of Education approved and adopted a fifth focus area. This Focus Area 5 demonstrates Springfield Public Schools' commitment to Equity and Diversity for students, staff, administration and the community.

The one thing that I want to stress is that this moves Equity and Diversity work from just being overarching statements or declarations to actual measurable and trackable items. Focus Area 5 has five strategies that are really going to drive our commitment to creating and sustaining an inclusive and welcoming learning environment for our students and staff.

The five strategies cover: diversity and equity learning opportunities, diversifying the workforce, programming and services for underrepresented and under-resourced students,

improved curriculum that reflects student identities and lived experiences, as well as policy development that foster community engagement.

Take in mind the work of Focus Area 5 is not just on the shoulders of the Office of Equity and Diversity. Every single staff member within SPS is responsible for ensuring that we are creating a learning environment that supports equity and diversity.



  
## Focus Area 5 - Equity and Diversity

### Goal 1



Create and sustain a learning environment that supports equity and diversity through the development of staff, expanding diverse workforce, enhancing academic supports and culturally relevant curriculum while promoting increased engagement and advocacy of underrepresented and under-resourced students.

### Strategies

- **5.1.1** Facilitate learning opportunities for staff and leaders that foster exploration of identity and self, and create applications to demonstrate cultural consciousness in their work.
- **5.1.2** Develop and deploy improved recruitment, collaboration and communication structures to enhance and diversify the workforce.
- **5.1.3** Review, improve and expand programming and services for under-resourced and underrepresented students.
- **5.1.4** Review and expand the curriculum to reflect student identities, lived experiences, cultural history and significant contributions.
- **5.1.5** Research, develop and deploy engagement and advocacy policy, practices, and programs that support students and staff, and foster greater community engagement.

Last Modified on June 17, 2020

## Opening Reflection

George Floyd Video

**nickelodeon** IS GOING OFF THE AIR FOR 8 MINUTES AND 46 SECONDS IN SUPPORT OF JUSTICE, EQUALITY, AND HUMAN RIGHTS.

**nickelodeon**
DECLARATION OF KIDS' RIGHTS

You have the right to be seen, heard, and respected as a citizen of the world.

You have the right to a world that is peaceful.

You have the right to be treated with equality, regardless of the color of your skin.

You have the right to be protected from harm, injustice, and hatred.

You have the right to an education that prepares you to run the world.

You have the right to your opinions and feelings, even if others don't agree with them.

I just want to give everyone a warning up front - the video that we are going to show is a black screen that has the words "i can't breathe" flickering back and forth and will last 8 minutes and 46 seconds. This the exact amount of time that now-former police officer Derek Chauvin had his knee on George Floyd's neck before he died. The statement in orange is declaration of kid's rights issued by Nickelodeon after Floyd's death in police custody.

**Ask the participants to take this moment to reflect quietly on this video. And imagine what it was like for someone to have their knee on your neck for 8 minutes and 46 seconds. And just focus on that**
**Read Nickelodeon statement aloud after video - because of this incident organizations took a stark stand against these issues and release statements of support.**

Jimi's Notes:

We are going to dive into our first opening reflection this morning. I do want to give everyone a warning up front – the video that we are going to show is a black screen that has the final words of George Floyd subtitled. There is no audio but the video lasts for 8 minutes and 46 seconds.

This is the exact amount of time that now-former police officer Derek Chauvin had his knee on George Floyd's neck before he died. I am going to ask that we all take this moment to

reflect quietly, and imagine what it would have been like for someone to have their knee on your neck for 8 minutes and 46 seconds.

   **[Play Video]**

The statement in orange is a Declaration of Kid's Rights issued by Nickelodeon after Floyd's death in police custody. We felt Nickelodeon did an excellent job expressing their support of justice, equality and human rights. The declaration reads:

   **[Read Statement]**

Because of this incident, organizations, nationally and globally took a very stark stand against injustice and an increased support for equality. Statements similar to Nickelodeon were released in support.

Old Video: https://tvline.com/2020/06/02/nickelodeon-george-floyd-tribute-i-cant-breathe-video/

## Reflect with Your Group

Please use the **note sheet/outline** at your table and write how you felt watching the video and share with a table partner **(take 3 minutes)**

**Two group members** from each table will share their thoughts with the entire room

**No more than 4 people per group**

2 people

Jimi's Notes:

We are going to send you all into breakout rooms for about 3 minutes. I would like for you to take that time to debrief with your partner(s). Discuss how you felt during this video? What thoughts were on your mind?

After we come back from the breakout rooms I am going to ask 1 or 2 people to share their thoughts with the entire group.

**[Send Participants into Breakrooms]** / No more than 3 in a room

**[Ask 2 people to share]**

# Environmental Scan

Jimi's Notes:

Our next activity is going to be an Environmental Scan. We are going to showcase pictures of major events that have impacted our country from March until now.

All that you will need to do is quietly reflect on the events within the images. Feel free to write down any thoughts and/or questions you may have.

Just as a warning, the slides will be changing every 2-3 seconds.



We are doing an environmental scan which will showcase pictures of major events that have impacted our country from March until now. Please sit quietly and reflect on these events, write down thoughts and or questions you may have.

Covid-19
Trainers - please click each picture after 2 seconds

Jimi's Notes:

[Play Environmental Scan Video]

## Reflection from Environmental Scan

**Spend 5 minutes with your group discussing the environmental scan (Address two of the questions)**

What did it feel like to see those images?

Did you recognize all those events?

Did you recognize all the individuals featured?

How do these national events impact your work in the district?

Jimi

Ask a representative from each table to share how these national events impact your work in the district?

4 per g

Jimi's Notes:

We are going to do this slide a bit different than if we were in person. Instead of sending you all into breakout rooms. I am just going to ask if anyone would like to share how they felt seeing those images? [2 People]

Were there any images or individuals that you did not recognize? [2 People]

And then last, would anyone like to share how these events impacted or will impact your work in the district? [2 People]

# Systems of Oppression

The term **"systems of oppression"** helps us better identify **inequity** by calling attention to the **historical and organized patterns of mistreatment.** In the United States, systems of oppressions (like systemic racism) are woven into the very foundation of American culture, society, and laws. Examples of systems of oppressions include **sexism, heterosexims, ableism, classism, ageism, and anti-Semitism.** Society's institutions, such as government, **education**, and culture, all contribute or reinforce the oppression of marginalized social groups while elevating dominant social groups.
National Museum of African American History & Culture

Read or summarize this definition of Oppression - provide some examples of your own regarding oppression (the bolded words: sexism, heterosexim, ableism, classism, ageism and Anti-Semitism can be of some help)
Also try to connect it to education.
The link is just the reference link. No need to click on it.

Jimi's Notes:

The first term we are going to tackle is "Systems of Oppression".

This term calls attention to historical and organized patterns of mistreatment. Systems of oppression are woven into the very fabric of the United States. They form the foundation of the American culture and its laws.

Ageism, Classism, Sexism are all systems of oppression.

These institutions within our society, including the education system, have contributed to the oppression of marginalized social groups, at the same very time elevating the dominant social groups.

Does anyone have any other examples of how systems of oppression manifest themselves within a school system?



Have the participants review the chart - ask for initial thoughts and reactions.

Jimi's Notes:

This chart is the Oppression Matrix. Take a minute to review the matrix (30 seconds)

Does anyone want to share their initial thoughts and or reactions to the matrix?

   [Have 2 people share their thoughts]

## Systemic Racism

A system in which public policies, institutional practices, cultural representations, and other social norms that, while not practiced consciously, reinforce and perpetuate racial group inequity. It identifies dimensions of our history and culture that have allowed privileges associated with "whiteness" and disadvantages associated with "color" to endure and adapt over time. EAB

Read or summarize the definition of systemic racism - provide an example of how this occurs in the educational system (i.e, policies, discipline, curriculum)

Jimi's Notes:

The next term we'll take a look at is "Systemic Racism".

Systemic Racism is a system in which public policies, institutional practices, cultural representations, and other social norms that, while not practiced consciously, reinforce and perpetuate racial group inequity. It identifies dimensions of our history and culture that have allowed privileges associated with "whiteness" and disadvantages associated with "color" to endure and adapt over time

Does anyone have an example of how systemic racism occurs in the educational system?

# Systemic Racism

## Systemic Racism Video

Have 2 or 3 people share their thoughts with the entire group.
[Need to hear from 2 new people]

Jimi's Notes:

The video I am going to share is takes a brief look at Systemic Racism

[Play Video]

Would anyone like to share their initial thoughts following that video?

[Have 2 people share their thoughts]

## White Supremacy

White supremacy captures the all-encompassing centrality and assumed superiority of people defined and perceived as white. Many people, especially older white people, associate the term white supremacy with extreme and explicit hate groups. However, for sociologists, white supremacy is a highly descriptive term for the culture we live in; a culture which positions white people and all that is associated with them (whiteness) as ideal. Robin DiAngelo Article

Read this definition and explain who Dr. Robin DiAngelo (White Critical Studies Scholar - Also White Woman) Author of White Fragility. Share some examples from education - curriculum and how we teach history and who is part the history/subject matters and who is not.

Jimi's Notes:

"White Supremacy" is our next term. Robin DiAngelo, Author of White Fragility states that White Supremacy captures the all-encompassing centrality and assumed superiority of people defined and perceived as white. Many people, especially older white people, associate the term white supremacy with extreme and explicit hate groups. However, for sociologists, white supremacy is a highly descriptive term for the culture we live in; a culture which positions white people and all that is associated with them (whiteness) as ideal.

White Supremacy in education can manifest in curriculum. How are we teaching history? Who is part of the history/subjects matters we are teaching? But more importantly who is not represented in the subject matter.

# White Supremacy

**Overt White Supremacy (Socially Unacceptable)**

Lynching
Hate Crimes
Blackface    The N-word
Swastikas    Neo-Nazis    Burning Crosses
Racist Jokes    Racial Slurs    KKK

**Covert White Supremacy (Socially Acceptable)**

Calling the Police on Black People    White Silence    Colorblindness
White Parents Self-Segregating Neighborhoods & Schools
Eurocentric Curriculum    White Savior Complex    Spiritual Bypassing
Education Funding from Property Taxes    Discriminatory Lending
Mass Incarceration    Respectability Politics    Tone Policing
Racist Mascots    Not Believing Experiences of BIPOC    Paternalism
"Make America Great Again"    Blaming the Victim    Hiring Discrimination
"You don't sound Black"    "Don't Blame Me, I Never Owned Slaves"    Bootstrap Theory
School-to-Prison Pipeline    Police Murdering BIPOC    Virtuous Victim Narrative
Higher Infant & Maternal Mortality Rate for BIPOC    "But What About Me?"    "All Lives Matter"
BIPOC as Halloween Costumes    Racial Profiling    Denial of White Privilege
Prioritizing White Voices as Experts    Treating Kids of Color as Adults    Inequitable Healthcare
Assuming Good Intentions Are Enough    Not Challenging Racist Jokes    Cultural Appropriation
Eurocentric Beauty Standards    Anti-Immigration Policies    Considering AAVE "Uneducated"
Denial of Racism    Tokenism    English-Only Initiatives    Self-Appointed White Ally
Exceptionalism    Fearing People of Color    Police Brutality    Fetishizing BIPOC    Meritocracy Myth
"You're So Articulate"    Celebration of Columbus Day    Claiming Reverse-Racism    Paternalism
Weaponized Whiteness    Expecting BIPOC to Teach White People    Believing We Are "Post-Racial"
"But We're All One Big Human Family" / "There's Only One Human Race"    Housing Discrimination

Provide this handout to the participants.
Provide an overview of "Overt White Supremacy" and "Covert White Supremacy"
Define BIPOC (Black, Indigenous, People of Color)
Pick some of the examples and go over them

Jimi's Notes:

When having the conversation around White Supremacy we need to talk about both Overt White Supremacy and Covet White Supremacy.

As the chart details the overt white supremacy, is widely viewed as socially unacceptable. Often when individuals hear white supremacy their minds go directly to the word listed in this section. What we need to take note of though is that White Supremacy also refers to the things that many consider socially acceptable.

Things such as "Colorblindess", "Racist Mascots", "Inequitable Healthcare", and "BIPOC as Halloween Costumes" are all forms of White Supremacy. Just so everyone aware BIPOC stands for Black, Indigenous, People of Color.

# White Supremacy

## Understanding White Supremacy

Trainer - connect back to K-12
White Supremacy Thoughts in education
Fear of increased ELL or Black students in school which can lower test scores and increase discipline rates
If you are a leader, classroom teacher or staff who have these thoughts, then you are participating in the promotion of "white supremacy" - if you have these thoughts or agree, how does this then impact your work with students and or in the district? (rhetorical question for participants to reflect on or capture notes on their outline)

Jimi's Notes:

This video takes a brief look at understanding White Supremacy.

One way that White Supremacy can be found in education is if teachers or administrators have a fear that increasing the number of ELL or Black students in their school could lower test scores and increase discipline rates. If you are a leader, classroom teacher or staff who have these thoughts, then you are participating in the promotion of "white supremacy".

This is a rhetorical question, but if you have these thoughts or agree, how does this then impact your work with students and or in the district?

## Groups Discuss

**Each group will be assigned a topic and will discuss for 4 minutes and then share with the larger group. Please also discuss how your topic has taken place in our community?**

Oppression
Systemic Racism
White Supremacy

Jimi's Notes:

I am going to send you all out into breakout rooms to discuss the three terms we just went over (Oppression, Systemic Racism and White Supremacy). I would also like you to discuss how these terms have taken place in our community. I will give your group about 4 minutes to discuss and then I will bring you all back.

[Send Participants into Breakout rooms] / No more than 3 in a room

[Bring back from Breakout rooms]

# Important Identity Terminology

| |
|---|
| **African American (BLACK)** |
| **Hispanic, Latino/a (LATINX) (AFRO-LATINX)** |
| **American Indian (NATIVE AMERICANS, FIRST NATIONS PEOPLE, FIRST PEOPLE, INDIGENOUS)** |
| **Alaskan Native - Not Eskimos** |
| **Asian/Asian Pacific Islander/South Asian (UMBRELLA TERM) - Not Oriental** |
| **Indian - Not Native Americans, applies to those from India** |

LA
Use YGP terminology hand out

Trainers - summarize terms, explain that terminology is always changing and evolving, especially with younger generations. And it also can serve as a preference. But it is important that we stay up to date with terminology. You call an individual what they want to be called.

For the most part, younger generations prefer to be called Black rather than African American
Latinx is a more inclusive term, since Spanish is a gendered language and carves out space for people who do not subscribe or identity with traditional male and female binaries. It also works against the problematic gender roles associated. Also provides space for people in Latin America that don't speak Spanish (i.e., Brazil) Afro-Latinx provides space for Latinx people with African/Black lineage/identity.

Mention Alaskan Native - NOT ESKIMOS
Mention Asian is an umbrella term, not all Asian people are Chinese. ORIENTAL is no longer an accepted term
South Asian is also an umbrella term for people from the nations of India, Afghanistan, Pakistan, Bangladesh, Nepal, Bhutan, Maldives and Sri Lanka
Indian - Applies to those from India and those with heritage from India

It's important to build a relationship with pelwell when it comes to terminology

Jimi's Notes:

Now we are going to cover some identity terminology. The one thing I want to stress is that terminology is always changing and evolving, especially with younger generations. Terminology can also be a matter of preference, but it's important that we stay up to date.

"Call an individual what they want to be called."

For the most part, younger generations prefer to be called Black rather than African American. Latinx is a more inclusive term, since Spanish is a gendered language, Latinx carves out space for people who do not subscribe or identify with traditional male and female binaries. It also works against the problematic gender roles associated. Latinx, also provides space for people in Latin America that don't speak Spanish (i.e., Brazil) Afro-Latinx provides space for Latinx people with African/Black lineage/identity. That being said there can be individuals within the Latinx umbrella that don't like to be referred to by that term. In that case remember: "Call an individual what they want to be called."

Use the term Alaskan Native, not Eskimos. Asian is an umbrella term, and not all Asian people are Chinese. Oriental is no longer an accepted term. South Asian is also an umbrella term for people from the nations of India, Afghanistan, Pakistan, Bangladesh, Nepal, Bhutan, Maldives and Sri Lanka. Indian, applies to those from India and those with heritage from India.

# Important Identity Terminology

**Desi** - (UMBRELLA TERM for people from the Indian Subcontinent) Afghanistan, Bhutan, Bangladesh, India, Maldives, Nepal, Pakistan and Sri Lanka

**Arab/Middle Eastern** (UMBRELLA Term for people who live in the 22 Arab states within the Arab league) Alergia, Egypt, Iraq etc.

**Biracial/Multiracial** - Mixed is being phased out

**White** - no need to use the term Caucasian

Use YGP terminology hand out
Desi - a person with origins from the Indian subcontinent, countries include Afghanistan, Bhutan, Bangladesh, India, Maldives, Nepal, Pakistan and Sri Lanka
Arab/Middle Eastern - countries include Algeria, Bahrain, Comoros, Djibouti, Egypt, Iraq, Jordan, Kuwait, Lebanon, Libya, Mauritania, Morocco, Oman, Palestine, Qatar, Saudi Arabia, Somalia, Sudan, Syria, Tunisa, United Arab Emirates, Yemen
Biracial/Multiracial - A multiracial or biracial person is someone whose parents or ancestors are from different ethnic backgrounds

**White - the term Caucasian is dated and it's not offensive to say white. White has been commonly accepted. Caucasian also serves as a way to distance the idea of whites from racial discussion.  - Important to mention**

Ask the audience to review the hand out later on - ask for a few questions

Jimi's Notes:

Desi refers to a person with origins from the Indian subcontinent, countries include Afghanistan, Bhutan, Bangladesh, India, Maldives, Nepal, Pakistan and Sri Lanka.

Arab or Middle Eastern refers to countries included but not limited to Algeria, Egypt, Iraq, Jordan, Qatar, Saudi Arabia and Yemen.

A multiracial or biracial person is someone whose parents or ancestors are from different ethnic backgrounds.

Please use the term White. Caucasian is dated and it's not offensive to say white. Caucasian also serves as a way to distance the idea of whites from racial discussion.

## Important <u>Current</u> Social Issues Terminology

**Privilege –** A set of unearned benefits given to people who fit into a specific social group (i.e., race, gender, sexual orientation, religion, ability, socioeconomic status)

**Xenophobia –** Fear of strangers, a broad term that may be applied to any fear of someone who is different from the collective "us."

**Lynching –** Lynching is an extrajudicial killing by a group. Most often used for informal public executions by a mob.

Go over the terms with the audience

Jimi's Notes:

We are going to transition away from Identity Terminology and move into Social Issue Terminology.

Privilege is a set of unearned benefits given to people who fit into a specific social group. The groups could include race, gender, sexual orientation, religion, ability, socioeconomic status.

Xenophobia is the fear of strangers. This a broad term that can be applied to any fear of someone or group that is different than the collective us.

Lynching is an extrajudicial killing by a group. Often used for informal public executions.

## Important <u>Current</u> Social Issues Terminology

**Intersectionality –** A theoretical framework for understanding how aspects of a person's social identities might combine to create unique modes of discrimination and privilege.

**Homophobia –** Fear, hatred, discomfort with, or mistrust of people who are lesbian, gay or bisexual etc.

**Transphobia –** Fear, hatred, discomfort with, or mistrust of people who are transgender, genderqueer, or don't follow traditional gender norm.

**Nationalism –** Centers on a country's culture, language, and often race. **Promotes the nation at the expense of others.**

Go over the terms with the audience

Jimi's Notes:

Intersectionality is a framework for understanding how aspects of a person's social identities combine to create unique modes of discrimination and privilege.

Homophobia is a fear, hatred, discomfort with, or mistrust of people who are lesbian, gay or bisexual etc.

Transphobia is a fear, hatred, discomfort with, or mistrust of people who are transgender, genderqueer, or don't follow traditional gender norm.

Nationalism centers on a country's culture, language, and often race. Promotes the nation at the expense of others.



LA

Complete the social identities activity and write your answers corresponding to the identity marker (on the rim of the circle)
Then answer 2 of the 5 questions in the center. (6 minutes)

Ask some participants to share their identities and how they felt filling out the identity portion (ask 2-3 people)

Jimi's Notes:

[Identity Map]

Identity / Beliefs / Values
4 Corners

I believe all students should be treated equally

I believe all students should be treated equitably

I believe there is a difference between equity and equality

I believe students identities and lived experiences should be supported in the school environment

I believe our district policies are inclusive and supportive of student identities and lived experiences

I believe my identities and lived experiences are affirmed and supported by the district

Learning about my identity makes me better in my role

I am prepared to have conversations with my students and or staff about identity or equity.

You will need 4 large post-its that individually say: **Completely Agree, Somewhat Agree, Somewhat Disagree, Completely Disagree (please post them at 4 different corners of the room) 10 minute activity (2 slides of question, on the last question, pause after they have selected their corner and have them look at the room and then capture feelings on their outline afterwards)**

You will read the statements and each participant will select their corner based on their answer

Trainer Disclaimer Statement -  This activity will require you to get up and move around. If you are unable to stand and move around, please let me know and I will  the activity:

Take a moment to reflect on your thinking during this activity.
-How did it make you feel?
-What were thoughts as we were going through the activity?
-Write down anything you may have concerns about.


**What is your comfort level on completing this activity?
**


-Are you concerned

Jimi's Notes:

I am going to share my screen and we are going to play 4 corners again. This time we play four corners and it will be a bit different. Instead of asking about your favorite holiday or favorite beverage. We are going to ask some questions centered around identity, beliefs and values.

[Screenshare Canva Presentation]

If you remember 4 Corners from the Introduction Meeting, it is going to work the same way. I am going to present you with a question and you will need to annotate the screen on the corner you feel most comfortable with.

Before we move to the next question I am going to pause so everyone can reflect briefly and capture their feelings.

[Start Four Corners]

Thank you all for participating.

Would any like to share how this activity made them feel?

What were some of your thoughts when going through this activity?

Was there anything that seemed concerning?

## Identity / Beliefs / Values
## 4 Corners

I believe my students or staff feel safe at SPS

I believe my students or staff feel safe in Springfield

I feel safe at SPS

I feel safe in Springfield

I believe SPS provides an engaging, relevant and collaborative learning and working environment

I believe in the SPS strategic plan

I am aware of the new Focus V Goal

I believe my students or staff is represented in the district

I feel represented in the district

You will need 4 large post-its that individually say: **Completely Agree, Somewhat Agree, Somewhat Disagree, Completely Disagree (please post them at 4 different corners of the room)**

You will read the statements and each participant will select their corner based on their answer

Trainer Disclaimer Statement -  This activity will require you to get up and move around. If you are unable to stand and move around, please let me know and I will provide an accommodation for you to still participate. if you are uncomfortable at any time, you are free to opt out. However we encourage you to participate in the activity.

# Identity – Implicit Bias, Microaggressions, Intent Vs. Impact

**Implicit Bias** refers to the attitudes or stereotypes that affect our understanding, actions, and decisions in an unconscious manner. These biases which encompass both favorable and unfavorable assessments, are activated involuntarily and without an individual's awareness or intentional control (Kirwan, Institute for the Study of Race and Ethnicity, Ohio State University)

Bias Video 1

Bias Video 2

We need to decide which video to show

# Anti-Racism

**Anti-Racism** is defined as the work of actively opposing racism by advocating for changes in political, economic, and social life. Anti-racism tends to be an individualized approach, and set up in opposition to individual racist behaviors and impacts.

[Anti-Racism in Schools](#)

Summarize and play video

Jimi's Notes:

We want to spend some time at the end of the training tackling the idea of Anti-Racism.

Anti-Racism is defined as the work of actively opposing racism by advocating for changes in political, economic, and social life. Anti-racism tends to be an individualized approach, and set up in opposition to individual racist behaviors and impacts.

The most important thing to reiterate here is that we will actively oppose racism by advocating for change. There is a proactive element in place to no longer remain silent or inactive.

The video I am going to share with you quickly details why educators need anti-racist training.

[Play Video]

# Anti-Racism

To fight against systemic racism means to buck norms. **<u>Educators</u>** at every level must be willing to be uncomfortable in their struggle for black students, recognizing students' power and feeding it by honoring their many contributions to our schools. **<u>Teachers</u>** need to insist on using their own power to consistently reveal and examine their practice, and seek input from black stakeholders; they must invite black parents to the table, listen to their concerns and ideas, and act on them. **Principals** must clearly and consistently communicate the anti-racist vision for their school, create professional-development opportunities for staff, recognize teachers who successfully teach all of their students, and intervene when they see problems. **District-level administrators** must more firmly root their anti-racist messaging in black students' school experiences, making expectations for educators clear. **<u>And school-board members</u>** need to listen to educators who have shown efficacy in educating black students. They must enact policies that hold us all accountable to our black families. We must make demands of ourselves and work together in our communities.

Trainer - appoint 1 person from your group to the read the statement, or read it silently in your group and then discuss initial reactions, go to next slide for additional questions for groups to discuss among themselves. - **add paragraph to the notes sheet**
**Article Link:** https://www.theatlantic.com/education/archive/2020/06/how-be-anti-racist-teacher/613138/

Jimi's Notes:

I am going to give everyone a few minutes to read through this Anti-Racism statement. Once you read through this statement collect your thoughts and be prepared to discuss.

## Additional Questions for Groups (3 minutes)

How does this statement impact your role at SPS?

What steps will you take to become an Anti-Racist?

What tools/support will you need to be Anti-Racist?

Ask 1 group member from each table to discuss their group's thoughts

Jimi's Notes:

I am going to send you all out into breakout rooms to discuss initial reactions as well as answer these 3 questions. I will give your group about 5 minutes to discuss and I will bring you all back.

[Send Participants into Breakout rooms] / No more than 3 in a room

[Bring back from Breakout rooms]

Would any like to share how this statement may impact your role at SPS?

[Have 2 people share]

What steps will you take to become an Anti-Racist?

[Have 2 people share]

What tools might you need?

[Have 2 people share]

# Solo Write

Please take the last 5 minutes to do a solo write of your experience. We will collect those as you leave. Use a post-it (if there is time)



Jimi's Notes:

One of the last activities that we are going to do this morning is a Solo Write for reflection. Take the next five minutes to type out some feelings, thoughts and experiences from this training. Instead of handing it in as you leave please email them to either Myself, LA or Yvania sometime in the next few days.

# Closing

Thank you for your participation in today's training – we appreciate your openness and vulnerability with our session.

There is still plenty of work to be done in our district and we hope that you will be part of the change that leads to the support and affirmation of all students and staff at SPS.

A formal survey of today's training will be sent out shortly. We appreciate all your feedback.

Jimi's Notes:

Thank you for your participation in today's training - we appreciate your openness and vulnerability with our session.

There is still plenty of work to be done in our district and we hope that you will be part of the change that leads to the support and affirmation of all students and staff at SPS.

A formal survey of today's training will be sent out shortly. We appreciate all your feedback.