# Scan of Local, National, and Global Events since March 2020



**EXHIBIT**
**18**

# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



## Top ten countries by coronavirus deaths

Per capita figures show big differences in scale of outbreaks

| Country | Deaths | Deaths per 100k population |
|---|---|---|
| US | 100,000 | 30 |
| UK | 37,000 | 56 |
| Italy | 33,000 | 55 |
| France | 29,000 | 43 |
| Spain | 27,000 | 58 |
| Brazil | 25,000 | 12 |
| Belgium | 9,000 | 82 |
| Germany | 8,000 | 10 |
| Mexico | 8,000 | 6 |
| Iran | 8,000 | 9 |

Note: Country death totals have been rounded to the nearest 1,000

Source: Johns Hopkins University

BBC

# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020



# Scan of Local, National, and Global Events since March 2020

