IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BROOKE HENDERSON and JENNIFER LUMLEY, <br><br> Plaintiffs, <br><br> v. <br><br> SCHOOL DISTRICT OF SPRINGFIELD R-12, ET AL., <br><br> Defendants. | Case No. 6:21-cv-03219-MDH |

## CONSENT MOTION FOR LEAVE TO SUBSTITUTE EXHIBITS

Plaintiffs, Brooke Henderson and Jennifer Lumley, respectfully move this Honorable Court for leave to substitute the following two exhibits attached their Suggestions in Support of Plaintiffs' Motion for Summary Judgment (Doc. 77) for more legible copies, attached hereto, for the reason that several pages of these exhibits became distorted or illegible when the documents were converted to PDF and/or formatted for CM/ECF compatibility:

- Exhibit 4 (Doc. 77-4), Deposition of Yvania Garcia-Pusateri, Ph.D. (pp. 248-51, 260-63, & 266 are distorted); and

- Exhibit 14 (Doc. 77-14), Deposition of Lawrence Anderson (pp. 139-43 & 145-47 are barely legible).

In further support hereof, Plaintiffs respectfully submit that (a) the substitution of these two exhibits for more legible copies should not delay the progress of this action as the parties are still briefing their cross-motions summary judgment, with suggestions in opposition due by August 12,

2022; (b) this motion is not being filed for purposes of oppression, harassment, or delay; and (c) Defendants do not oppose the relief requested herein.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Consent Motion for Leave to Substitute Exhibits and enter an order directing the Clerk to substitute Exhibits 4 (Doc. 77-4) and 14 (Doc. 77-14) to Plaintiffs' Motion for Summary Judgment (Doc. 77) in the record with the copies of Exhibits 4 and 14 attached hereto.

Dated: August 12, 2022.   Respectfully submitted,

/s/ B. H. Boucek
KIMBERLY S. HERMANN*
GA Bar No. 646473
BRADEN H. BOUCEK*
TN BPR No. 021399
CELIA H. O'LEARY*
GA Bar No. 747472
JEFFREY A. CLAYMAN*
LA Bar No. 30442
FL Bar No. 52017
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA 30075
Telephone: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
coleary@southeasternlegal.org
jclayman@southeasternlegal.org

*Admitted Pro Hac Vice

Derek H. MacKay MO #59078
Knight Nicastro MacKay, LLC
304 W. 10th Street
Kansas City, MO 64105
Phone: (816) 708-0105
mackay@knightnicastro.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 12, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

/s/ B. H. Boucek
BRADEN H. BOUCEK