Transcript of the Testimony of

# JENNIFER LUMLEY

May 18, 2022

Henderson vs School District of Springfield, R-12

6:21-CV-03219



Alpha Reporting & Video
1911 S. National Ave., Suite 405
Springfield, MO 65804
Phone: 417-887-4110
transcripts@alphareportingservice.com
www.alphareportingservice.com

DEX B

Page 3

1    Whereupon,

2              MS. JENNIFER LUMLEY,

3    Plaintiff herein, being produced, sworn, and

4    examined, testified as follows:

5                   EXAMINATION

6    BY MR. ELLIS:

7    Q. Ms. Lumley, my name's Ransom Ellis.  You've been

8       sitting here through the previous deposition;

9       correct?

10   A. Yes.

11   Q. So you've heard my spiel, but I'll tell it to you

12      anyway.  I get paid by the word.  While we're doing

13      this deposition, if you don't understand anything I

14      ask you, please tell me, and I'll try my best to give

15      you a regurgitation of it that we both can

16      understand.  If you need a break, let me know.  Not a

17      problem.  Just finish the answer to whatever question

18      is out at the time that you want to take a break.  We

19      good on those things?

20   A. We're good.

21   Q. Okay.  Please state your name for the record.

22   A. Jennifer Lumley.

23   Q. Ms. Lumley, how long have you been employed by the

24      Springfield School District?

25   A. Since August of 2020.

Alpha Reporting & Video
417-887-4110    www.alphareportingservice.com    417-887-4110
Case 6:21-cv-03219-MDH  Document 80-2  Filed 08/12/22  Page 2 of 24

Page 4

```
1   Q. And what was your original job with the school
2      district?
3   A. Records secretary for the special education
4      department.
5   Q. And you were in that position when you did the equity
6      training in October of 2020.  Would that be correct?
7   A. Yes.
8   Q. And when in 2020 did you start?
9   A. August.
10  Q. Okay.  So you were employed for roughly three
11     months --
12  A. Yes.
13  Q. -- at the time of the training?
14  A. Just about, yes.
15  Q. Okay.  And since the training -- since October of
16     2020, you applied for another job in the district?
17  A. Yes, I did.
18  Q. And received that job?
19  A. Yes, I did.
20  Q. What is that job?
21  A. Administrative assistant in the AAA department.
22  Q. And what do you do there?
23  A. I'm the administrative assistant to the director of
24     the AAA department.
25  Q. AAA?
```

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 3 of 24

1   A. Assessment, accountability --

2   Q. Thank you.

3   A. Yes.

4   Q. Acronyms.

5   A. Yes.

6   Q. I was thinking American Automobile Association.  I

7      don't think that's right.  Okay.  And with your

8      change in position, did you go to a higher grade

9      level?

10  A. Yes, I did.

11  Q. Approximately how much difference in wages did that

12     make for you?

13  A. Couple dollars an hour.

14  Q. All right.  So you're a brand-new employee in the

15     school district.  And when do you find out that

16     you're going to be going to this equity training?

17  A. About a week -- week and a half before.

18  Q. And when I say equity training now, I'm talking

19     specifically about the one that you did in October of

20     2020.  Can we agree on that so I don't have to say

21     the long thing?

22  A. That's fine.  Yes.

23  Q. And if I'm talking about Canvas training, I'll talk

24     about --

25  A. That's fine.

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 4 of 24

1   Q. But you didn't do any Canvas training, did you?

2   A. I did some Canvas training.  I'm not sure if it was

3      the equity training.

4   Q. Okay.  Do you remember what you did?

5   A. I'm not exactly sure.

6   Q. Okay.  So how do you learn about it?

7   A. I got an E-mail from Tanya Rapert on August 20th, I

8      believe, saying that we were required to go to the

9      equity training on October 6th.

10  Q. Okay.  So do you ask what it's about, or do you just

11     show up and find out?

12  A. It was about equity and diversity.  So --

13  Q. Did anyone other than Dr. Rapert say anything to you

14     or write anything to you about the training that you

15     were going to go to before you went there?

16  A. No.

17  Q. Okay.  So you go -- where is that held?  At Bentley?

18  A. Yes.

19  Q. And when you walk in, do you sign an attendance

20     sheet?

21  A. At the end of the class, yes.

22  Q. I'll show you what's marked 13.03.  Is that the

23     attendance sheet for your program?

24  A. Yes.

25  Q. And your signature's on there?

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 5 of 24

1   A. Yes.

2   Q. All right.  There's eight signatures on here.  Is

3      that about how many people there were present?

4   A. I think that's correct.

5   Q. Out of curiosity, how many presenters were there?

6   A. Three.

7   Q. So they were a third of the total number that were in

8      the meeting.  Did you know any of these people --

9      these other people?  I mean, you're fairly new.  I'm

10     just saying did you work with any of them and know

11     them by name?

12  A. Not very well.  They were in my department, but I sat

13     upstairs.

14  Q. You're on Level 2?

15  A. Yes.

16  Q. So you were in records?

17  A. Yes.

18  Q. So if somebody needed -- are you filing?  Are you

19     pulling stuff out?  What are you doing?

20  A. It was --

21  Q. Describe your job for me.

22  A. Okay.  If somebody needed, like, a student IEP for --

23     if a child moved from one school to the next or if a

24     hospital needed a special education record for a

25     student, then I would send it to it, or I would

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 6 of 24

1    forward it on to another school.  So it was -- sorry.

2    I'm a little bit nervous.

3  Q. That's fine.

4  A. It was getting information for our schools and then

5    forwarding it on to other schools.

6  Q. All right.  So where is the October 6, 2020, meeting

7    held?

8  A. At the Bentley on the first floor.

9  Q. Okay.  There's some conference rooms down there.  Was

10    it in one of those conference rooms on the first

11    floor?

12  A. Yes.

13  Q. You didn't have very many people.  Did you have a lot

14    more room -- could you have put more people in it?

15  A. It was because of COVID.  So everyone was spaced out.

16  Q. Prior to the time or after the time -- let's just say

17    after you went to this meeting on October 6th, did

18    you have discussions about the meeting or about your

19    concerns about the meeting with anybody who was a

20    member of the board of education?

21  A. No.

22  Q. Did you have discussions with any of the defendants

23    in this case?  That would be the superintendent,

24    Martha Doenning, Dr. Garcia-Pusateri,

25    Lawrence Anderson.  Did you discuss it with any of

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 7 of 24

1   them?

2   A. No.

3   Q. All right.  Do you know who John Jungmann is?

4   A. Yes, I do know.

5   Q. Was he superintendent while you were --

6   A. I believe he was for a short while.

7   Q. Okay.  Did you discuss it with Dr. Jungmann?

8   A. No.

9   Q. And is it correct that the only districtwide equity

10      training program you attended would have been the

11      fall 2020 districtwide equity training that was held

12      on October 6th for you?

13  A. Yes.

14  Q. October 6, 2020; is that correct?

15  A. I believe so.

16  Q. Okay.  You said that you did some Canvas study

17      modules.  Do you remember what the topics were?

18  A. I do not.

19  Q. Okay.  Was there anything in those Canvas self-study

20      modules that you were concerned about that you didn't

21      feel was appropriate or you didn't like?

22  A. I don't recall at this time.

23  Q. Does that mean at some other time you might recall?

24  A. Possibly, yes.

25  Q. Do you remember taking a Canvas module overview of

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 8 of 24

```
                                          Page 10
1     social and emotional learning from an equity lens?

2  A. No.

3  Q. You don't remember?

4  A. I did not.

5  Q. Did you take a Canvas program elementary social and

6     emotional learning as it relates to racial injustice?

7  A. No.

8  Q. Did you take a Canvas learning program secondary

9     social and emotional learning as it relates to racial

10     injustice?

11  A. No.

12  Q. Did you take a Canvas learning program elementary

13     social and emotional learning as it relates to

14     COVID-19?

15  A. No.

16  Q. Did you take a Canvas learning program secondary

17     social and emotional learning as it relates to

18     COVID-19?

19  A. No.

20  Q. Did you ever take a Canvas self-study module that was

21     designed -- that was designated as ELT?

22  A. No.

23  Q. Are you complaining about anything in your complaint

24     dealing with any program that you might have attended

25     during school year '21-'22?
```

Alpha Reporting & Video
417-887-4110    www.alphareportingservice.com    417-887-4110
Case 6:21-cv-03219-MDH  Document 80-2  Filed 08/12/22  Page 9 of 24

1  A. Can you ask that again.

2  Q. That was the current school year, the one we're just

3     getting over with.

4  A. Yes.

5  Q. Is there anything in your complaint that you are

6     complaining about and asking for a decision by the

7     Court on any equity training that you would have

8     taken during the school year '21-'22?

9  A. In Canvas or in any kind of training?

10 Q. Any kind of equity training in '21-'22.

11 A. So in the Safe Schools training?

12 Q. That's not equity training.

13        MR. BOUCEK:  Object to the form.

14        MR. ELLIS:  I'm just separating that out for

15     her.

16        MR. BOUCEK:  Okay.

17 A. Well, I think the Safe Schools training did touch on

18     equity training.

19 Q. (By Mr. Ellis) Okay.  Let's start over again.  Do you

20     understand -- let's leave Canvas aside.  Any kind of

21     equity training that you had that was presented by or

22     prepared by the office of equity and diversity for

23     the school district and presented during the 2021-'22

24     school year?

25 A. I don't know if it was prepared by the department.

Alpha Reporting & Video
417-887-4110      www.alphareportingservice.com      417-887-4110
Case 6:21-cv-03219-MDH  Document 80-2  Filed 08/12/22  Page 10 of 24

Page 12

1  Q. Okay.  What was it?

2  A. It was the Safe Schools training.

3  Q. Okay.  And when did you take that?

4  A. During this past school year, '21-'22.

5  Q. And was that one of the mandatory trainings that --

6  A. Yes, it was.

7  Q. -- went to getting this extra amount of money?

8  A. I believe so, yes.

9  Q. Okay.  Was there anything about that training that

10    you're complaining about in your lawsuit -- that

11    particular training?

12 A. Yes.  It touched on the equity and diversity.

13 Q. I'm sorry?

14 A. It's on equity and diversity.

15 Q. And just because it says diversity on it, you're

16    complaining about --

17 A. No, that's incorrect.

18 Q. Okay.  Well, I'm trying to understand what you're

19    telling me.  My question is -- I'm trying to make

20    sure that I understand all of the training that you

21    are suing about.  And I recognize that your concern

22    is -- and know and we're going to discuss what

23    happened during the October 6th equity and diversity

24    training that you received.

25 A. Okay.

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 11 of 24

Page 13

1  Q. You've told me now that there was another equity

2     training program that frankly I don't think is

3     mentioned in your complaint, but maybe it is and I

4     missed it.  Are you suing about that?  Is there

5     something about that that you believe or you're

6     asserting violated your constitutional rights of that

7     training?

8          MR. BOUCEK:  Object to the form.

9  Q. (By Mr. Ellis) Do you understand my question?

10 A. I believe that it does.  I don't know how else to

11    answer that.

12 Q. You believe it does what?

13 A. That it goes against my rights because of the

14    material in the training.

15 Q. Okay.  And when was that training given?

16 A. That was training -- I believe that it was in the

17    fall.

18 Q. Of 2020?

19 A. '21.

20 Q. 2021.  That's the school year '21-'22.

21 A. Yes.  That would be this year.

22 Q. Okay.  I'm going to ask you.  Are you asserting this

23    as a part of the complaint?

24         MR. BOUCEK:  These are legal questions.  We can

25    have our legal argument later.

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH  Document 80-2  Filed 08/12/22  Page 12 of 24

Page 15

```
 1              (Discussion off record.)
 2   Q. (By Mr. Ellis) Look at Paragraph 46.  It says "All
 3      staff are required to participate in training to meet
 4      their mandatory credit hours.  SPS warned staff that,
 5      if they did not participate, their pay would be
 6      reduced."  Do you see that?
 7   A. Yes, I do.
 8   Q. Did you attend all the training sessions you allege
 9      defendant district required you to attend during the
10      school year '20-'21?
11   A. Yes, I did.
12   Q. Was your pay reduced during the school year '20-'21?
13   A. No, it was not.
14   Q. How many mandatory training sessions do you claim you
15      were required to attend during the school year
16      '20-'21?
17   A. All that were required.
18   Q. Good answer.  Was that more than one?
19   A. I went to the ALICE training, and I went to the
20      equity training.
21   Q. And were you aware that those two trainings plus the
22      equity training that happened for you in October of
23      2020 were the four components of getting the pay that
24      the district allotted for?  Did you know how that was
25      paid?
```

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 13 of 24

1   Q. And Dr. Pusateri, was she a trainer?

2   A. Yes.

3   Q. And who was the third?  Jimmi Sode?

4   A. Yes.

5   Q. Did anyone in your training session get kicked out?

6   A. No.

7   Q. Do you know of anybody that got kicked out?

8   A. No.

9   Q. Do you know of anybody that didn't get credit?

10  A. No.

11  Q. Do you know of anybody that got disciplined in some

12     way?

13  A. No.

14  Q. Now, because this was seated, did you get paper signs

15     that read "strongly agree" and "agree" and those

16     things?

17  A. No.

18  Q. Look at Paragraph 89, please.  It says -- did you

19     find it?

20  A. Yes.

21  Q. "SPS required Jennifer to participate in the same

22     exercises described above including viewing the

23     George Floyd video, identifying where she falls on

24     the oppression matrix, understanding covert and overt

25     white supremacy, and engaging in small and large

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 14 of 24

1   group discussions about the lessons."  Do you see

2   that?

3  A. Yes.

4  Q. The exercises that are referred to were part of the

5   fall 2020 districtwide equity training; correct?

6  A. Correct.

7  Q. And other than the exercises that are specifically

8   mentioned in Paragraph 89, were there any other

9   exercises that you allege you were required to

10   participate in during the fall 2020 districtwide

11   equity training?

12  A. No.

13  Q. Did you physically record the program training?

14  A. No.

15  Q. Did you request anyone else to do that?

16  A. No.

17  Q. Let's talk about the George Floyd video.  Did you

18   watch the video when it was presented?

19  A. Yes.

20  Q. Did they do a breakout session?

21  A. Yes.

22  Q. Small group session?

23  A. Yes.

24  Q. Did they just divide you-all in half maybe?

25  A. Groups of two.

Alpha Reporting & Video
417-887-4110      www.alphareportingservice.com      417-887-4110
Case 6:21-cv-03219-MDH  Document 80-2  Filed 08/12/22  Page 15 of 24

Page 22

1  A. I believe she did.

2  Q. Okay.  And so she said what she said about her

3     husband, and then you followed with what you

4     testified to a minute ago?

5  A. Yes.

6  Q. She gave her opinion, and you gave your opinion?

7  A. Yes.

8  Q. Is there anything wrong with what happened there in

9     your mind?

10 A. I don't think so.  No.

11 Q. Okay.  So how long did that breakout session last?

12 A. Three minutes.

13 Q. You didn't have much time to say much, did you?

14 A. No.

15 Q. So did you go back into the big session and then have

16    further discussion with everybody at that point?

17 A. Yes.

18 Q. Were you called on?

19 A. Our group was.

20 Q. Okay.  And who took the lead?

21 A. Amber did.

22 Q. Okay.  What did she say?

23 A. I don't remember what she shared.

24 Q. Was your takeaway from that that she was fair to your

25    opinion and to hers?

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 16 of 24

Page 23

1  A. She shared her opinion.

2  Q. Okay.  She didn't share your opinion?

3  A. No.

4  Q. Okay.  Did that matter to you?

5  A. No.

6  Q. Were you asked at all for your opinion?

7  A. No.

8  Q. You allege -- let's talk about the -- strike that.

9        Is that everything that you remember happening

10    in the full session on George Floyd?

11  A. Yes.

12  Q. You talk in your complaint about the oppression

13    matrix.

14  A. Yes.

15  Q. Do you remember that?

16  A. Yes.

17  Q. Tell me about how that was presented to the group.

18  A. It was a slide -- one of the slides.  And with the

19    three trainers, it was a bit of a tag team.  They all

20    shared, and they went over it a little bit.  It

21    wasn't in great detail.  We didn't have to rate

22    ourselves on the slide.

23  Q. Do you remember anything that any of them said?

24  A. No.

25  Q. In this area is what I'm talking about on the

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 17 of 24

Page 24

1    oppression matrix or about the oppression matrix.

2    A. No, I don't.

3    Q. Did you go into a small group session?

4    A. Not for the oppression matrix.

5    Q. Okay.  Were you asked what your opinion was about the

6       oppression matrix?

7    A. No.

8    Q. So basically they did a pretty quick --

9    A. They did.

10   Q. -- look at that and then went on?

11   A. Uh-huh.  Yes.

12   Q. Covert and overt white supremacy chart.  Now, when

13      you did this -- and I know you were here and you

14      heard the discussion concerning that particular

15      chart.  Did you have the pyramid?

16   A. No.

17   Q. You just had the side-by-side?

18   A. Correct.

19   Q. And was that the way it was when it was put up on the

20      screen or however they did it?

21   A. Correct.

22   Q. I mean, it was a PowerPoint, wasn't it?

23   A. Yes.

24   Q. Did anyone call out your name and ask you directly if

25      you understood the covert/overt white supremacy

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 18 of 24

1      chart?

2    A. No.

3    Q. Was this another one of the ones where you would have

4      had a breakout session?  Did you have a breakout

5      session on this?

6    A. No.  They talked about some of the items on there,

7      but they didn't go into great detail about the sheet.

8    Q. Okay.  All right.  Were you asked to affirm or agree

9      to anything associated with the sheet?

10   A. No.

11   Q. Just listen, then?

12   A. Yes.

13   Q. Okay.  Was there a big group session?  I mean, this

14      was a big group session, I guess, on this; right?

15   A. Yes, it was a big group session.

16   Q. You weren't asked to write anything down or say

17      anything about it and just listen?

18   A. Just listen.

19   Q. Okay.  The social identities chart -- do you remember

20      that chart?

21   A. Yes, I do.

22   Q. Tell me how they handled this chart in this meeting.

23   A. They didn't really go over that.  They told us to

24      look at it ourselves and fill it out basically on our

25      own time.

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 19 of 24

Page 26

1   Q. Okay.  Did they have a breakout session about it?

2   A. No.

3   Q. Did it seem like they were running out of time or

4      trying to shorten the meeting, or how did that go?

5   A. For some of the activities they did.

6   Q. And this was one of them?

7   A. Yes.

8   Q. And I'm asking this in a different way, but were you

9      asked anything about your opinion on the social

10     identities chart, how you would have filled it out,

11     how you fit in on it, or anything like that?

12  A. No.

13  Q. Was anybody else asked that?

14  A. No.

15  Q. Somewhere in this process you had a -- you allege

16     that you had a -- I'll call it a back-and-forth.  You

17     had a discussion -- that may be a bad way to describe

18     it, but it was with -- and I took it to be a male

19     participant in the meeting.  No?

20  A. It was with the trainers.

21  Q. Oh, it was?

22  A. Yes.

23  Q. Did one of your fellow participants jump in in the

24     middle of that?

25  A. Yes.

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 20 of 24

Page 27

1    Q. Okay.  So what was the subject that you-all were

2       talking about when this came up?

3    A. They had just finished the oppression matrix and

4       discussing that.  And the covert/overt white

5       supremacy sheet came up, and I spoke up.

6    Q. Okay.  Did you speak up because something was said or

7       something that was on paper or both?

8    A. Both.

9    Q. Okay.  What was it that caused you to speak up?

10   A. I spoke up because -- I spoke up because of -- I

11      spoke up because they were painting -- what I said is

12      that they were painting a broad-brush stroke of white

13      people as racist, and I said that that was wrong.  I

14      said not all white people are racist.  I said there's

15      racism across the board.  And, you know, my nephew

16      married a Black woman, and they have children

17      together.  And there are Black people that tell her

18      she doesn't count as Black anymore because she

19      married a white man and has children with him.  And I

20      said that I grew up in a broken home, a poor home

21      with government handouts.  I wasn't born into white

22      privilege.  And they said because I was white, I was

23      born into white privilege.

24   Q. Who said that?

25   A. I believe the trainers.  They all were coming at me

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 21 of 24

Page 28
1    as I was speaking.  And they told me that Black

2    people cannot be racist, and I questioned them.  I

3    said, "Black people can't be racist?"  And they said,

4    "No.  They can't be racist, but they can be

5    prejudice."  And I was told that I need to reflect on

6    myself because I told them that I'm not racist.

7  Q. Okay.  Anything else?

8  A. No.

9  Q. Was there -- and what you were saying is your

10    opinion; right?

11  A. Correct.

12  Q. That's the way you felt?

13  A. Yes.

14  Q. And I suppose -- would you agree with me that they

15    were saying what they felt?

16  A. Apparently, yes.

17  Q. Okay.  Did anyone -- any of the participants get

18    involved in that?

19  A. Yes.

20  Q. All right.  And who was that?  Do you know?

21  A. Amber Hawkins.

22  Q. Okay.  And what did Ms. Hawkins say?

23  A. I don't know what she said.  I just know that she was

24    yelling at me.  She was sitting behind me.  And some

25    other members were saying that I didn't understand

Alpha Reporting & Video
417-887-4110          www.alphareportingservice.com          417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 22 of 24

1    what they were saying.

2  Q. Okay.  You mean -- okay.  So tell me first what you

3     remember Amber Hawkins saying to you.

4  A. I don't know.  I wasn't listening to her.

5  Q. Who were you listening to?

6  A. The trainers.

7  Q. Okay.  So the trainers were talking to you on one

8     side, and Amber Hawkins was behind talking to you?

9  A. Correct.

10 Q. Was there anybody else involved -- I mean, there's

11    not that many people left in the room.  Was there

12    anyone else that got involved in that discussion?

13 A. Yes, a couple of people in the class.

14 Q. Okay.  In particular?

15 A. I don't know.

16 Q. Was there a man that was involved?

17 A. No.

18 Q. All women?

19 A. Yes.

20 Q. So what do you remember, if anything, the other women

21    said?

22 A. That I didn't understand what they were saying.

23 Q. And "they" being the --

24 A. The trainers.

25 Q. -- trainers.  Okay.  All right.  How long did that

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 23 of 24

1    last?

2 A. A couple of minutes.

3 Q. Okay.  So what did you do as a result of that?

4 A. Mentally shut down.

5 Q. Okay.  Do you remember anything else about any of

6    that training?

7 A. We had another breakout session after that happened.

8    Amber was my breakout partner.  It felt very hostile.

9    I almost didn't turn around; but I did, and she

10   apologized for yelling at me.  And I told her that we

11   all have a voice and that we need to be there for

12   each other.  She seemed upset that I said that.

13 Q. Okay.  Did she tell you why she was upset?

14 A. No.

15 Q. And when you say "She seemed upset," what do you

16   mean?

17 A. She had a look on her face.

18 Q. Okay.

19 A. She got quiet.

20 Q. And you interpreted it as being she didn't agree with

21   what you said?

22 A. Correct.

23 Q. Did she ever tell you she didn't agree?

24 A. No.

25 Q. Did she not yell at you anymore?  I don't know how

Alpha Reporting & Video
417-887-4110        www.alphareportingservice.com        417-887-4110
Case 6:21-cv-03219-MDH   Document 80-2   Filed 08/12/22   Page 24 of 24