IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| BROOKE HENDERSON and JENNIFER LUMLEY, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 6:21-cv-03219-MDH<br>)<br>) |
| SCHOOL DISTRICT OF SPRINGFIELD R-12, BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF SPRINGFIELD R-12, GRENITA LATHAN, YVANIA GARCIA-PUSATERI, and LAWRENCE ANDERSON, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**PLAINTIFFS' MOTION TO DEFER RULING ON ATTORNEY FEES**

Brooke Henderson and Jennifer Lumley (Plaintiffs), through counsel, respectfully move this Honorable Court to defer ruling on the issue of attorney fees until after the appeal in the interests of cost, time, and judicial economy.

Plaintiffs have filed a notice of appeal. As any award at this stage is apt to be revisited following the appeal, deferring a ruling on attorney fees until that time ensures that this Court and the parties will only undergo the time consuming process of an attorney fee proceeding once.

WHEREFORE, Plaintiffs respectfully request that the Court defer ruling on attorney fees until after an appeal.

<u>February 14, 2023</u>.                    Respectfully submitted,


                                            /s/ Braden H. Boucek
                                            Kimberly S. Hermann*
                                              GA Bar No. 646473
                                            Braden H. Boucek*
                                              TN BPR No. 021399
                                              GA Bar No. 396831
                                            Celia H. O'Leary*
                                              GA Bar No. 747472
                                            Southeastern Legal Foundation
                                            560 W. Crossville Road, Suite 104
                                            Roswell, GA  30075
                                            Telephone: (770) 977-2131
                                            khermann@southeasternlegal.org
                                            bboucek@southeasternlegal.org
                                            coleary@southeasternlegal.org

                                            *Admitted Pro Hac Vice

                                            Derek H. MacKay
                                              MO #59078
                                            Knight Nicastro MacKay, LLC
                                            304 W. 10th Street
                                            Kansas City, MO 64105
                                            Phone: (816) 708-0105
                                            mackay@knightnicastro.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 14, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

                                              /s/ Braden H. Boucek
                                              BRADEN H. BOUCEK