**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| BROOKE HENDERSON and JENNIFER LUMLEY, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Case No. 6:21-cv-03219-MDH |
| v. | ) |
| | ) |
| SCHOOL DISTRICT OF SPRINGFIELD R-12, BOARD OF EDUCATION OF THE SCHOOL DISTRICT OF SPRINGFIELD R-12, GRENITA LATHAN, YVANIA GARCIA-PUSATERI, and LAWRENCE ANDERSON, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION TO ADMINISTRATIVELY STAY ATTORNEY FEE MOTION DEADLINES PENDING CONSIDERATION OF MOTION TO DEFER RULING ON ATTORNEY FEES

Brooke Henderson and Jennifer Lumley (Plaintiffs), through counsel, respectfully move this Honorable Court to administratively stay the attorney fee motion deadlines pending consideration of Plaintiffs' filed motion to defer ruling on attorney fees until after the appeal.

While this Court considers Plaintiffs' motion to defer a ruling on attorney fees until after the appeal, a brief administrative stay will serve the function of temporarily staying briefing that may become unnecessary should the Court grant the motion. No party would undergo prejudice from a short stay to allow the parties and the Court time to consider Plaintiffs' request.

WHEREFORE, Plaintiffs respectfully request that the Court administratively stay the matter until ruling on the motion to defer.

February 14, 2023.                              Respectfully submitted,

/s/ Braden H. Boucek
Kimberly S. Hermann*
  GA Bar No. 646473
Braden H. Boucek*
  TN BPR No. 021399
  GA Bar No. 396831
Celia H. O'Leary*
  GA Bar No. 747472
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Telephone: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org
coleary@southeasternlegal.org

*Admitted Pro Hac Vice*

Derek H. MacKay
  MO #59078
Knight Nicastro MacKay, LLC
304 W. 10th Street
Kansas City, MO 64105
Phone: (816) 708-0105
mackay@knightnicastro.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and/or facsimile. Parties may access the filing through the Court's electronic filing system.

/s/ Braden H. Boucek
BRADEN H. BOUCEK

-3-