IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| Brooke Henderson and Jennifer Lumley, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 6:21-CV-03219 |
| | ) | |
| School District of Springfield, R-12; | ) | |
| Board of Education for the School District | ) | |
| of Springfield, R-12; Dr. Grenita Lathan; | ) | |
| Yvania Garcia-Pusateri; and Lawrence | ) | |
| Anderson, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR ATTORNEY'S FEES

Defendants School District of Springfield, R-12; Board of Education for the School District of Springfield, R-12; Dr. Grenita Lathan; Dr. Yvania Garcia-Pusateri; and Lawrence Anderson, by and through counsel, pursuant to Federal Rule of Civil Procedure 54(d) and 42 U.S.C. § 1988(b), respectfully request that this Court award to Defendants their attorney's fees incurred in defending against Plaintiffs' claims in this action. Defendants are the prevailing parties in this action; Plaintiffs' action was frivolous, unreasonable, and without foundation; Defendants' requested hourly attorney rates are reasonable; and Defendants only seek recovery for attorney's hours reasonably, necessarily, and actually performed by Defendants' counsel. For these reasons, and as further set forth in Defendants Suggestions in Support, incorporated herein by reference, Defendants request an attorney's fee award in the amount of $312,869.50.

WHEREFORE, Defendants respectfully request that this Court grant Defendants' Motion for Attorney's Fees and award to Defendants' their prevailing party attorney's fees in the amount of $312,869.50, and for such other relief as this Court deems just.

Respectfully submitted,

ELLIS, ELLIS, HAMMONS & JOHNSON, P.C.

By:  */s/ Ransom A Ellis*
    Ransom A. Ellis, III    MBN: 29129
    rellis3@eehjfirm.com
    Todd A. Johnson    MBN: 38363
    tjohnson@eehjfirm.com
    Tina G. Fowler    MBN: 48522
    tfowler@eehjfirm.com
    2808 S. Ingram Mill Road, Suite A104
    Springfield, MO 65804
    Phone: 417-866-5091
    Fax: 417-866-1064
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 17th day of February 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and a copy was made available to all electronic filing participants.

| | |
|---|---|
| Derek H. MacKay | Celia H. O'Leary |
| Knight Nicastro MacKay, LLC | Southeastern Legal Foundation |
| 304 W. 10th Street | 560 W. Crossville Rd., Suite 104 |
| Kansas City, MO 64105 | Roswell, GA 30075 |
| | |
| Kimberly S. Hermann | Braden H. Boucek |
| Southeastern Legal Foundation | Southeastern Legal Foundation |
| 560 W. Crossville Rd., Suite 104 | 560 W. Crossville Rd., Suite 104 |
| Roswell, GA 30075 | Roswell, GA 30075 |

          */s/ Tina G. Fowler*
          Attorney of Record