# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2394

In re: Brooke Henderson, et al.

Petitioners

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)

---

**ORDER**

Order granting an administrative stay of the district court's May 24, 2023 order, pending further order of this court.

June 09, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans