No: 23-2394

In re: Brooke Henderson; Jennifer Lumley; Kimberly S. Hermann

Petitioners

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)

## JUDGMENT

Before COLLOTON, GRUENDER, and GRASZ, Circuit Judges.

The petition for writ of mandamus has been considered by the court and is denied. The administrative stay of the district court's order is terminated. Judge Grasz would grant the petition.

Mandate shall issue forthwith.

June 16, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
        /s/ Michael E. Gans