# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2394

In re: Brooke Henderson, et al.

Petitioners

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:21-cv-03219-MDH)

---

**MANDATE**

In accordance with the judgment of June 16, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 16, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit